**MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY**

| | |
|---|---|
| United States District Court | District _Southern_ |
| Name (under which you were convicted): _Ralph Lingo_ | Docket or Case No.: _1:07CV388_ —WHA |
| Place of Confinement: _Draper prisoner_ | Prisoner No.: _190083_ |
| UNITED STATES OF AMERICA | Movant (include name under which you were convicted) |
| v. _Ralph Lingo_ | |

**MOTION**

1. (a) Name and location of court that entered the judgment of conviction you are challenging: _____
   _United States Southern/Middle District_

   _____

   _____

   (b) Criminal docket or case number (if you know): _1:05-cr-32_

2. (a) Date of the judgment of conviction (if you know): _3-20-2007, I Do not Know this is correct_

   (b) Date of sentencing: _3-20-2007_

3. Length of sentence: _37 months_

4. Nature of crime (all counts): _Gun violation ▬▬▬▬ I had 15 gun but, 3 of them was not turn in : the serial number did not match with the gun and the content list Did not match with the indictment_

   _____

   _____

5. (a) What was your plea? (Check one)

   (1) Not guilty ☐      (2) Guilty ☑      (3) Nolo contendere (no contest) ☐

   (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, what did you plead guilty to and what did you plead not guilty to? _I am guilty of the gun and I am fighting the search Warrant the search warrant is no good : the cases hope not to be no good, I am fighting the search warrant_

   _____

6. If you went to trial, what kind of trial did you have? (Check one)      Jury ☐      Judge only ☑

7.  Did you testify at a pretrial hearing, trial, or post-trial hearing?     Yes ☑     No ☐
8.  Did you appeal from the judgment of conviction?     Yes ☐     No ☑
9.  If you did appeal, answer the following:

    (a) Name of court: _____

    (b) Docket or case number (if you know): _____

    (c) Result: _____

    (d) Date of result (if you know): _____

    (e) Citation to the case (if you know): _____

    (f) Grounds raised: _____

    _____

    _____

    _____

    _____

    _____

    _____

    _____

    (g) Did you file a petition for certiorari in the United States Supreme Court?     Yes ☐     No ☑

       If "Yes," answer the following:

       (1) Docket or case number (if you know): _____

       (2) Result: _____

       _____

       (3) Date of result (if you know): _____

       (4) Citation to the case (if you know): _____

       (5) Grounds raised: _____

       _____

       _____

       _____

       _____

       _____

       _____

10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications concerning this judgment of conviction in any court?

       Yes ☐     No ☑

11. If your answer to Question 10 was "Yes," give the following information:

    (a) (1) Name of court: _____

       (2) Docket or case number (if you know): _____

       (3) Date of filing (if you know): _____

(4) Nature of the proceeding: _____

(5) Grounds raised: _____

_____

_____

_____

_____

_____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?   Yes ❑  No ❑

(7) Result: *I do not understand this question*

(8) Date of result (if you know): _____

(b) If you filed any second motion, petition, or application, give the same information:

(1) Name of court: *Did not file nothing*

(2) Docket or case number (if you know): _____

(3) Date of filing (if you know): _____

(4) Nature of the proceeding: _____

(5) Grounds raised: _____

_____

_____

_____

_____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?   Yes ☑  No ❑

(7) Result: *The evidence was not given to the Court*

(8) Date of result (if you know): *Don't Know it*

(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application? *I Do not Know what the attorney Did*

(1) First petition:     Yes ❑   No ❑

(2) Second petition:   Yes ❑   No ❑

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not: *I can not read or write*

_____

_____

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the <u>facts</u> supporting each ground.

GROUND ONE: *The search Warrant is no good*
*The search Warrant Case Number 02-007881*

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

*I never had a search Warrant for 18 months. The search Warrant was not filled out correctly. It was neither time or dated; it was city investigator and he suppose hisself as a deputy sheriff of Henry County. The woman named Vonda Sue William gave Tony lucher the key to my home & my home was open by a key, The judge Cooley will not listen to the evidence; will not let the evidence come inside the court, I had requested over 180 times copy of the search Warrant my attorney name stated in her letter was not a search Warrant and the District attorney stated that it was not a search Warrant, In a letter that I got*

(b) **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

        Yes ❑   No ❑

(2) If you did not raise this issue in your direct appeal, explain why: *I never had a appeal*

_____

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

        Yes ❑  No ☑

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: *I Do not understand this*

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(3) Did you receive a hearing on your motion, petition, or application?

    Yes ❑   No ☑

(4) Did you appeal from the denial of your motion, petition, or application?

    Yes ❑   No ☑  *I cannot read none of this*

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

    Yes ❑   No ❑

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: *I never had a fair chance or hearing of a search warrant. The judge will not let the evidence come in. My attorney will not give no evidence to the court this violated my constitutional rights, my second attorney told me the judge will not give me no hearing & mislead me*

**GROUND TWO:** _____

_____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

*My attorney mislead me by giving me to say Tony luker give me a search warrant. My attorney violated me of my constitutional rights by misleading me, he got me to say Yes that he gave me a search warrant But neither a search warrant and judge Cooley know that it was not a search warrant. I feel like my attorney had violated my constitutional rights & the Court violated me and I want to fight this search warrant to the United States supreme Court*

*I am fighting the search Warrant*

**(b) Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ❏  No ❏

(2) If you did not raise this issue in your direct appeal, explain why: *I never appeal*

**(c) Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ❏  No ❏  *I Do not Know what this meanings*

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(3) Did you receive a hearing on your motion, petition, or application?

Yes ❏  No ❏  *Was never been File*

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ❏  No ❏

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

Yes ❏  No ❏

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: _This is my attorney fault, I feel like the court & my attorney took advantage of me, I Don't think this is right and I had let other law enforcement see the search warrant. I Do not think I would get a fair hearing_

**GROUND THREE:** _____

_____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_We will start from Dothan — my attorney Tammy L. Stenton said was no search warrant, I asked for a search warrant during a trial and I was ordered to take back to the jail & taken back to prison, I receive a search warrant in mail in Bullock Corrections( 18 months later. During the hearing it was no search warrant — During a corpus habus band hearing Tony tucker & state did not have no search warrant, Judge white said he sign the search warrant in Henry County, Judge white Do not work in Henry County_

(b) **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐  No ☑

(2) If you did not raise this issue in your direct appeal, explain why: _I never appeal_

_____

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐  No ☐

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

_I am fighting the search warrant_

Page 9

Result (attach a copy of the court's opinion or order, if available): *The U.S. Marshall took everything away from me I Don't know my attorney address or name I has no court Documents*

(3) Did you receive a hearing on your motion, petition, or application?

  Yes ❑  No ❑

(4) Did you appeal from the denial of your motion, petition, or application?

  Yes ❑  No ☑

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

  Yes ❑  No ❑

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: *I cannot read or write that's why the court is not being Fair with me, The court caught Tony luker in lies about where he got the search warrant, The Court Did not Do nothing to him about it*

_____

**GROUND FOUR:** _____

_____

(a)  Supporting facts (Do not argue or cite law.  Just state the specific facts that support your claim.):

*The Judge will not let me introduce the evidence I had*

_____

_____

_____

_____

_____

_____

_____

_____

_____

(b)  **Direct Appeal of Ground Four:**

    (1) If you appealed from the judgment of conviction, did you raise this issue?

       Yes ☑ / No ☐

    (2) If you did not raise this issue in your direct appeal, explain why: *I never had appeal*

_____

_____

(c) **Post-Conviction Proceedings:**

    (1) Did you raise this issue in any post-conviction motion, petition, or application?

       Yes ☐   No ☑ /

    (2) If your answer to Question (c)(1) is "Yes," state:

    Type of motion or petition: _____

    Name and location of the court where the motion or petition was filed: _____

_____

    Docket or case number (if you know): _____

    Date of the court's decision: _____

    Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

    (3) Did you receive a hearing on your motion, petition, or application?

       Yes ☐   No ☑ /

    (4) Did you appeal from the denial of your motion, petition, or application?

       Yes ☐   No ☑ / *Never had filled out one*

    (5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

       Yes ☐   No ☐

    (6) If your answer to Question (c)(4) is "Yes," state:

    Name and location of the court where the appeal was filed: _____

_____

_____

    Docket or case number (if you know): _____

    Date of the court's decision: _____

    Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: _I can't read or Write I'm depending on my attorney, I Know I ain't been treated Fair with the search warrant_

13. Is there any ground in this motion that you have <u>not</u> previously presented in some federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them: _Yes? evidence Documents I will show the court the Documents at this time_

14. Do you have any motion, petition, or appeal <u>now pending</u> (filed and not decided yet) in any court for the judgment you are challenging?      Yes ☑  No ☐

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised. _imtiminadition of state Witness Was held in Houston County_

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing: _no attorney_

(b) At arraignment and plea: _____

(c) At trial: _____

(d) At sentencing: _____

Page 12

(e) On appeal: *I don't understand none of this questioning*

(f) In any post-conviction proceeding: *None*

(g) On appeal from any ruling against you in a post-conviction proceeding: *None*

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?    Yes ☐ No ☐ *I Don't understand*

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?    Yes ☒ No ☐

(a) If so, give name and location of court that imposed the other sentence you will serve in the future: *20 Years Houston County*

(b) Give the date the other sentence was imposed: *Don't Know at this time*

(c) Give the length of the other sentence: *20 Years*

(d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future?    Yes ☐ No ☐ *If we can get a Fair search warrant hearing*

18. TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you
must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not
bar your motion.* It has been a month, I am challenging the search warrant the indictment, the serial number on the indictment is wrong & serial number is all wrong. The indictment does not match the content 1st change of custody has been broken & Theft of property had take place during the search. The police officer said that they had no reason to arrested me & They were checking everything out. Tony luker did a background check on Vonda Sue Wiggins & he lie to the court about her criminal record. He said he talked to my ex-wife about getting a statement. The record showed that they talked to Deborah on 4-24-2003 nothing else was put in writing on 5-8-2003 of Deborah blackstone. Deborah blackstone has not been to my house on 5-8-2003. So, Deborah cannot give Tony luker a statement.

If the court do not give me a hearing about the search warrant. I want to go to the Supreme Court with it & also want copy of all my court transcript and I want to write to show the court all legal documents & court order for the U.S. Marshall cannot take none of my legal material away from me going to court & from Court. I had the right to keep all my documents

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C.
§ 2255, paragraph 6, provides in part that:
  A one-year period of limitation shall apply to a motion under this section.  The limitation period
  shall run from the latest of —
    (1) the date on which the judgment of conviction became final;
    (2) the date on which the impediment to making a motion created by governmental action in
    violation of the Constitution or laws of the United States is removed, if the movant was
    prevented from making such a motion by such governmental action;
    (3) the date on which the right asserted was initially recognized by the Supreme Court, if
    that right has been newly recognized by the Supreme Court and made retroactively
    applicable to cases on collateral review; or
    (4) the date on which the facts supporting the claim or claims presented could have been
    discovered through the exercise of due diligence.

Page 14

Therefore, movant asks that the Court grant the following relief: *I will be happy*

_____

_____

or any other relief to which movant may be entitled.

*Ms. Deborah Hachett will you mailed me a copy all of this & all my court transcript Thank you Ms. Deborah Hachett*

X — ⬭ —

Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion under 28 U.S.C. § 2255 was placed in the prison mailing system on *5-3-2007*
*5-3-2007* (month, date, year).

Executed (signed) on *Ralph Lingo* (date).

*Ralph L Lingo*

Signature of Movant

If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion. *Ralph Lingo is not doing the writing & reading he is telling me what to write. Thank you very much*

_____

IN FORMA PAUPERIS DECLARATION

_____

[Insert appropriate court]

* * * * *

Kevin W. Lingo AIS # 190083
Elmore Correctional
P.O Box 1107
Elmore, AL 36025-1107

TO: Deborah Hackett
CLERK UNITED STATES DISTRICT COURT
P.O. BOX 711
MONTGOMERY, AL 36101-0711

UNITED STATES POSTAGE
02.1A
000435 6439
$ 00.09⁰
MAY 03 2007
MAILED FROM ZIP CODE 36025

The [...]
from an [...]
have not [...]
Department of Corrections [...]
for the substance or content of the enclosed

⚓AO 245B   (Rev. 06/05) Judgment in a Criminal Case
.        ·        Sheet 1

# UNITED STATES DISTRICT COURT

MIDDLE                    District of                    ALABAMA

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|

**V.**

**RALPH WILSON LINGO**

1:07cv388-WHA

Case Number:     1:05cr032-WHA

USM Number:     11643-002

Richard K. Keith
Defendant's Attorney

## THE DEFENDANT:

X pleaded guilty to count(s)    1 of the Indictment on December 20, 2006

☐ pleaded nolo contendere to count(s)
which was accepted by the court.

☐ was found guilty on count(s)
after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18:922(g)(1) | Felon in possession of a firearm | 4/13/03 | 1 |

The defendant is sentenced as provided in pages 2 through    6    of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s)

☐ Count(s) _____ ☐ is   ☐ are   dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

March 22, 2007
Date of Imposition of Judgment

_Signature of Judge_

W. Harold Albritton, Senior United States District Judge
Name and Title of Judge

Date   3/22/07

AO 245B    (Rev. 06/05) Judgment in Criminal Case
        Sheet 2 — Imprisonment

| | |
|---|---|
| DEFENDANT: **RALPH WILSON LINGO** | Judgment — Page __2__ of __6__ |
| CASE NUMBER: 1:05cr032-WHA | |

# IMPRISONMENT

       The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

**37 months**. This term shall run **consecutive** to any term the Defendant is now serving.

☐ The court makes the following recommendations to the Bureau of Prisons:

X The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐   at _____ ☐ a.m. ☐ p.m.  on _____ .

    ☐   as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐   before 2 p.m. on _____ .

    ☐   as notified by the United States Marshal.

    ☐   as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245B    (Rev. 06/05) Judgment in a Criminal Case
     Sheet 3 — Supervised Release

| | |
|---|---|
| DEFENDANT:    RALPH WILSON LINGO | Judgment—Page ___3___ of ___6___ |
| CASE NUMBER:    1:05cr032-WHA | |

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of :

**three (3) years.**

    The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

☐   The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

**X**   The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. (Check, if applicable.)

**X**   The defendant shall cooperate in the collection of DNA. (Check, if applicable.)

☐   The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student. (Check, if applicable.)

☐   The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

    If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

    The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;

2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;

3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4) the defendant shall support his or her dependents and meet other family responsibilities;

5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and

13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

DEFENDANT:        RALPH WILSON LINGO
CASE NUMBER:      1:05cr032-WHA

## SPECIAL CONDITIONS OF SUPERVISION

Defendant shall participate in a program of drug testing administered by the United States Probation Office.

Defendant shall submit to a search of his person, residence, office or vehicle pursuant to the search policy of this court.

AO 245B (Rev. 06/05) Judgment in a Criminal Case
Sheet 5 — Criminal Monetary Penalties

Dbtf !2:16 ds 11143 X J B DTD!!!!!Epdvn f ou225!!!!!Gjmf!140330118!!!!!Qbhf !6!pg7
Case 1:05-cr-00002-WHA-CSC    Document 1-2    Filed 05/04/2007    Page 5 of 6

| DEFENDANT: | RALPH WILSON LINGO | Judgment — Page | 5 | of | 6 |
| CASE NUMBER: | 1:05cr032-WHA | | | | |

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

| | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| **TOTALS** | $ 100.00 | $ -0- | $ -0- |

☐ The determination of restitution is deferred until _____ . An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| | | | |

| **TOTALS** | $ 0 | $ 0 | |

☐ Restitution amount ordered pursuant to plea agreement $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

    ☐ the interest requirement is waived for the    ☐ fine   ☐ restitution.

    ☐ the interest requirement for the   ☐ fine   ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

Case 2:05-cr-00032-WHA-CSC    Document 1-2    Filed 05/04/2007    Page 6 of 6

| | |
|---|---|
| DEFENDANT: | RALPH WILSON LINGO |
| CASE NUMBER: | 1:05cr032-WHA |

Judgment — Page __6__ of __6__

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties are due as follows:

**A**  ☒  Lump sum payment of $ __100.00__ due immediately, balance due

      ☐ not later than _____ , or

      ☒ in accordance    ☐ C,   ☐ D,   ☐ E, or   ☒ F below; or

**B**  ☐  Payment to begin immediately (may be combined with   ☐ C,   ☐ D, or   ☐ F below); or

**C**  ☐  Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

**D**  ☐  Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

**E**  ☐  Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

**F**  ☒  Special instructions regarding the payment of criminal monetary penalties:

      Payment shall be made to the Clerk, U. S. District Court, P. O. Box 711, Montgomery, AL  36101.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐  Joint and Several

      Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

☐  The defendant shall pay the cost of prosecution.

☐  The defendant shall pay the following court cost(s):

☐  The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.

CLOSED

# U.S. District Court    1:07cv388-WHA
## Alabama Middle District (Dothan)
# CRIMINAL DOCKET FOR CASE #: 1:05-cr-00032-WHA-CSC-1
## Internal Use Only

Case title: USA v. Lingo                    Date Filed: 02/09/2005

Assigned to: Honorable W. Harold
Albritton, III
Referred to: Honorable Charles S.
Coody

**Defendant**

**Ralph Wilson Lingo** (1)
*TERMINATED: 03/22/2007*

represented by **Federal Defender**
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 1960
Montgomery, AL 36104
334-834-2099
Fax: 834-0353
Email: ECFCMALM@fd.org
*TERMINATED: 07/18/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or
Community Defender Appointment*

**Kevin L. Butler**
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
334-834-2099
Fax: 834-0353
Email: kevin_butler@fd.org
*TERMINATED: 07/18/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard Kelly Keith**
Richard K Keith, Esq.
22 Scott Street
Montgomery, AL 36104

US
334-264-6776
Fax: 334-265-5362
Email: rkk@rkeithlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

| **Pending Counts** | **Disposition** |
| --- | --- |
| UNLAWFUL TRANSPORT OF FIREARMS - NMT $250,000;[*]; NMT 10Y; B; NMT 3Y SUP REL; G/L; VWPA; $100 SA (1) | 37 MONTHS to run consecutive to any term the defendant is now serving; 3 YEARS SUP REL; $100 SA |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
| --- | --- |
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
| --- | --- |
| None | |

---

**Plaintiff**

**USA**      represented by **Karl David Cooke, Jr.**
U. S. Attorney's Office
Criminal
One Court Square
Suite 201
Montgomery, AL 36104
334-223-7280
Fax: 334-223-7135
Email: debbie.shaw@usdoj.gov
*TERMINATED: 12/20/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kent B. Brunson**

U.S. Attorney's Office
PO Box 197
Montgomery, AL 36101-0197
334-223-7280
Fax: 223-7560
Email: Kent.Brunson@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew S. Miner**
U.S. Attorney's Office
PO Box 197
Montgomery, AL 36101-0197
334-223-7280
Fax: 223-7560
Email: matthew.miner@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/09/2005 | 1 | INDICTMENT as to Ralph Lingo (1) count(s) 1. (ws) (Entered: 02/11/2005) |
| 02/09/2005 | 2 | Limits of Punishment as to Ralph Lingo: (ws, ) (Entered: 02/11/2005) |
| 02/11/2005 | 3 | Arrest Warrant Issued as to Ralph Lingo. (ws) (Entered: 02/11/2005) |
| 02/14/2005 | | NOTICE by U.S. Marshal's Office as to Ralph Lingo that a detainer has been placed with Draper Correctional Facility. (kcg, ) (Entered: 02/15/2005) |
| 02/14/2005 | | ***Location start (LO) as to Ralph Lingo (kcg, ) (Entered: 02/15/2005) |
| 02/28/2005 | 4 | MOTION for Writ of Habeas Corpus ad prosequendum by USA as to Ralph Lingo. (Attachments: # 1)(Miner, Matthew) (Entered: 02/28/2005) |
| 02/28/2005 | 5 | NOTICE of Speedy Trial Request forwarded from U.S. Marshal's office for Ralph Lingo (kcg, ) (Entered: 02/28/2005) |
| 03/01/2005 | 6 | ORDER granting 4 Motion for Writ of Habeas Corpus ad prosequendum as to Ralph Lingo (1) directing the clerk of the court to issue a Writ of Habeas Corpus Ad Prosequendum addressed to Warden, Draper Correctional Facility, Elmore, AL commanding him to deliver said defendant to any U.S. Marshal or Deputy U.S. Marshal and directing said Marshal or Deputy to bring said prisoner before this court to be held on 3/30/05 at 10:00 a.m. and to return said prisoner to said official when the court shall have finished with him. Signed by Judge Charles S. Coody on 3/1/05. (ws) (Entered: 03/01/2005) |

| 03/01/2005 | ❍7 | Writ of Habeas Corpus ad Prosequendum Issued as to Ralph Lingo for 3/30/05 for arraignment (ws) (Entered: 03/01/2005) |
|---|---|---|
| 03/01/2005 | ❍ | Set Hearings as to Ralph Lingo: Arraignment set for 3/30/2005 10:00 AM in Courtroom 5A before Honorable Vanzetta P. McPherson. (ws) (Entered: 03/01/2005) |
| 03/30/2005 | 8 | CJA 23 Financial Affidavit by Ralph Lingo (war ) (Entered: 03/31/2005) |
| 03/30/2005 | ❍ | ORAL ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Ralph Lingo Federal Defender for Ralph Lingo appointed. Signed by Judge Delores R. Boyd on 03/30/05. (war, ) (Entered: 03/31/2005) |
| 03/30/2005 | ❍9 | WAIVER of Speedy Trial by Ralph Lingo (war, ) (Entered: 03/31/2005) |
| 03/30/2005 | ❍10 | Minute Entry for proceedings held before Judge Delores R. Boyd :Arraignment as to Ralph Lingo (1) Count 1 held on 3/30/2005, Initial Appearance as to Ralph Lingo held on 3/30/2005, Plea entered by Ralph Lingo (1) Count 1. by Ralph Lingo Not Guilty on counts 1. (Recording Time 11:50 12:05.) (war, ) (Entered: 03/31/2005) |
| 03/31/2005 | 11 | Arrest Warrant Returned Executed on 3/28/05 as to Ralph Lingo. (ws, ) (Entered: 04/01/2005) |
| 04/01/2005 | ❍12 | ORDER ON ARRAIGNMENT to include ORDER TO CONTINUE - Ends of Justice Time excluded from 4/1/05 until 8/29/05; Pretrial Conference set for 7/1/2005 01:00 PM in Courtroom 4B before Honorable Charles S. Coody. Jury Selection set for 8/29/2005 before Honorable W. Harold Albritton III. Jury Trial set for 8/29/2005 before Honorable W. Harold Albritton III. Any requested voir dire and jury instructions must be filed no later than one week before jury selection; Pretrial Motions due by 6/29/2005. Discovery by the government due by 3/30/2005. Disclosures by the defendant shall be provided by 4/6/05. Signed by Judge Charles S. Coody on 4/1/05. (ws) (Entered: 04/01/2005) |
| 04/05/2005 | ❍13 | NOTICE OF ATTORNEY APPEARANCE: Kevin L. Butler appearing for Ralph Lingo (Butler, Kevin) (Entered: 04/05/2005) |
| 04/29/2005 | ❍14 | MOTION for Psychiatric Exam *(Mental Competency)* by USA as to Ralph Lingo. (Miner, Matthew) (Entered: 04/29/2005) |
| 05/19/2005 | ❍15 | ORDER as to Ralph Lingo re 14 MOTION for Psychiatric Exam *(Mental Competency)* filed by USA; Motion Hearing set for 5/23/2005 02:30 PM in Courtroom 4B before Honorable Charles S. Coody. If the defendant is in custody, the U.S. Marshal or the person having custody of the defendant shall produce the defendant for the hearing. Signed by Judge Charles S. Coody on 5/19/05. (ws) (Entered: 05/19/2005) |
| 05/23/2005 | ❍16 | Minute Entry for proceedings held before Judge Charles S. Coody :Motion Hearing as to Ralph Lingo held on 5/23/2005 re 14 MOTION for Psychiatric Exam *(Mental Competency)* filed by USA, (Court Reporter |

| | | |
|---|---|---|
| | | Wendy Lewis w/Dunn, King & Associates.) (ws, ) (Entered: 05/23/2005) |
| 05/31/2005 | ⚫17 | ORDER that upon filing of the 14 Motion for Psychiatric Exam as to Ralph Lingo (1) by the United States that there is reasonable cause to believe that Ralph Lingo may presently be suffereing from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense. Accordingly, it is ORDERED by this court that the United States Marshal for this district immediately remove the defendant to the custody of the warden of an appropriate institution as may be designated by the Attorney General where the defendant is to be committed, as further set out in order. Signed by Judge Charles S. Coody on 5/31/05. (kcg, ) (Entered: 05/31/2005) |
| 07/01/2005 | ⚫18 | Minute Entry for proceedings held before Judge Charles S. Coody :Pretrial Conference as to Ralph Lingo held on 7/1/2005 (Recording Time FTR: 1:01 - 1:03.) (ws, ) (Entered: 07/01/2005) |
| 07/20/2005 | ⚫19 | MOTION to Continue trial (Unopposed) by Ralph Lingo. (Butler, Kevin) (Entered: 07/20/2005) |
| 07/21/2005 | ⚫20 | ORDER as to Ralph Lingo granting 19 MOTION to Continue trial (Unopposed) filed by Ralph Lingo pending receipt by the court of an evaluation as to whether the Defendant is competent to stand trial. Signed by Judge W. Harold Albritton III on 7/21/05. (ws ) (Entered: 07/21/2005) |
| 08/23/2005 | ⚫21 | Psychiatric Report Received (Sealed) as to Ralph Lingo (ws) (Entered: 08/24/2005) |
| 12/05/2005 | ⚫22 | ORDER as to Ralph Lingo: Competency Hearing set for 12/9/2005 10:00 AM in Courtroom 4B before Honorable Charles S. Coody. The U.S. Marshal shall produce the defendant for this hearing. Signed by Judge Charles S. Coody on 12/5/05. (ws, ) (Entered: 12/05/2005) |
| 12/09/2005 | ⚫23 | Minute Entry for proceedings held before Judge Charles S. Coody :Competency Hearing as to Ralph Lingo held on 12/9/2005. Defendant waived any further proceedings on competency issues and request that this case be set on trial docket. (Court Reporter Risa Entrekin) (ws ) (Entered: 12/09/2005) |
| 12/09/2005 | ⚫24 | WAIVER of Speedy Trial by Ralph Lingo (ws) (Entered: 12/09/2005) |
| 12/09/2005 | ⚫25 | REPORT AND RECOMMENDATIONS as to Ralph Lingo that the court finds that the defendant is mental competent for all further proceedings in this case. Objections to R&R due by 12/22/2005. Signed by Judge Charles S. Coody on 12/9/05. (ws, ) (Entered: 12/09/2005) |
| 12/09/2005 | ⚫26 | PRETRIAL CONFERENCE ORDER as to Ralph Lingo : Jury Selection set for 3/27/2006 before Honorable W. Harold Albritton III. Jury Trial set for 3/27/2006 before Honorable W. Harold Albritton III. There are no motions currently pending. Voir Dire due by 3/20/2006. Proposed Jury Instructions due by 3/20/2006. Motions in Limine due by 3/20/2006. Plea |

| | | Agreement due by 3/20/2006. Signed by Judge Charles S. Coody on 12/9/05. (ws ) (Entered: 12/09/2005) |
|---|---|---|
| 12/15/2005 | 27 | MOTION to Suppress *Search* by Ralph Lingo. (Attachments: # 1 Exhibit 1)(Butler, Kevin) (Entered: 12/15/2005) |
| 12/15/2005 | 28 | ORDER as to Ralph Lingo re 27 MOTION to Suppress *Search* filed by Ralph Lingo that on or before 12/30/05 the United States shall show cause wny the motion to suppress should not be granted. A Hearing on the Motion is set for 1/18/2006 at 09:00 AM in Courtroom 4B before Honorable Charles S. Coody. The Clerk shall provide a court reporter for the proceeding. If the defendant is in custody, the United States Marshal or the person having custody of the defendant shall produce the defendant for the proceeding . Signed by Judge Charles S. Coody on 12/15/05. (ws, ) (Entered: 12/15/2005) |
| 12/23/2005 | 29 | ORDER ADOPTING REPORT AND RECOMMENDATIONS as to Ralph Lingo; ORDERED that the court finds defendant Lingo, mentally competent for all further proceedings in this case. . Signed by Judge W. Harold Albritton III on 12/23/2005. (sql, ) (Entered: 12/23/2005) |
| 12/30/2005 | 30 | RESPONSE to Motion by USA as to Ralph Wilson Lingo re 27 MOTION to Suppress *Search* (Cooke, Karl) (Entered: 12/30/2005) |
| 12/30/2005 | 31 | NOTICE OF ATTORNEY APPEARANCE Karl David Cooke, Jr appearing for USA. *re: Ralph Lingo Cr No 1:05cr-32-A* (Cooke, Karl) (Entered: 12/30/2005) |
| 12/30/2005 | 32 | ORDER as to Ralph Wilson Lingo Evidentiary Hearing on defendant's motion to suppress presently set for 9 am on 1/18/2006, be and is hereby RE-SET for 1/17/2006 at 09:00 AM in Courtroom 4B before Honorable Charles S. Coody.. Signed by Judge Charles S. Coody on 12/20/2005. (sql, ) (Entered: 12/30/2005) |
| 01/17/2006 | 35 | Minute Entry for proceedings held before Judge Charles S. Coody :Motion Hearing as to Ralph Wilson Lingo held on 1/17/2006 re 27 MOTION to Suppress *Search* filed by Ralph Wilson Lingo. (Court Reporter Risa Entrekin.) (Attachments: # 1 Witness List# 2 Govt. Exhibit List# 3 Defendant's Exhibit List) (ws ) (Entered: 01/17/2006) |
| 01/17/2006 | | Terminate Deadlines and Hearings as to Ralph Wilson Lingo: (ws, ) (Entered: 01/17/2006) |
| 01/23/2006 | 36 | BRIEF/RESPONSE in Opposition by Ralph Wilson Lingo re 27 MOTION to Suppress *Search in response to this court's January 17, 2006 Order to address the application of any Leon exceptions* (Butler, Kevin) (Entered: 01/23/2006) |
| 01/23/2006 | 37 | Government's Post-Hearing Brief re 27 Defendant's MOTION to Suppress *Search* [Attachments: Govt's Exh. 1, Govt's Exh. 2, Govt's Exh. 3, Govt's Exh. 4] (kcg, ) Modified on 1/26/2006 (kcg, ). (Entered: 01/25/2006) |

| 01/31/2006 | 38 | (STRICKEN from docket per 2/13/06 Order) MOTION (PRO SE) to Reopen the Search Warrant and Illegally Seized Property for hearing by Ralph Wilson Lingo. (ws) Modified on 2/13/2006 (ws, ). (Entered: 02/01/2006) |
| 02/02/2006 | 39 | ORDER as to Ralph Wilson Lingo re 27 MOTION to Suppress *Search* filed by Ralph Wilson Lingo. A Supplemental Evidentiary Hearing is set for 2/21/2006 at 02:00 PM in Courtroom 4B before Honorable Charles S. Coody. A Telephone Status Conference is set for 2/16/2006 at 10:00 AM in Courtroom 4B before Honorable Charles S. Coody. The Clerk is directed to provide a court reporter for the Supplemental Evidentiary hearing. If the defendant is in custody, the U.S. Marshal or the person having custody of the defendant shall produce the defendant for the proceeding. Signed by Judge Charles S. Coody on 2/2/06. (ws) (Entered: 02/02/2006) |
| 02/02/2006 | | TRANSCRIPT of Suppression Hearing Proceedings as to Ralph Wilson Lingo held on 1/17/06 before Judge Charles S. Coody. Court Reporter: Risa Entrekin. (ws, ) (Entered: 02/03/2006) |
| 02/13/2006 | 40 | ORDER as to Ralph Wilson Lingo re 38 MOTION to Reopen the Search Warrant and Illegally Seized Property for hearing filed by Ralph Wilson Lingo. The court has previously set this matter for a supplemental evidentiary hearing. The court does not accept motions filed pro se by a defendant who is represented by counsel, therefore, the Clerk of the Court is DIRECTED to strike the motion from the docket. Signed by Judge Charles S. Coody on 2/13/06. (ws) (Entered: 02/13/2006) |
| 02/14/2006 | 41 | MOTION to Continue *Conference Call* by USA as to Ralph Wilson Lingo. (Cooke, Karl) (Entered: 02/14/2006) |
| 02/16/2006 | 42 | ORDER denying 41 Motion to Continue Conference Call as to Ralph Wilson Lingo (1). Signed by Judge Charles S. Coody on 2/16/06. (ws, ) (Entered: 02/16/2006) |
| 02/16/2006 | 43 | Minute Entry for proceedings held before Judge Charles S. Coody :Telephone Conference as to Ralph Wilson Lingo held on 2/16/2006 (Recording Time FTR: 10:01 - 10:03.) (ws, ) (Entered: 02/16/2006) |
| 02/21/2006 | 44 | Minute Entry for proceedings held before Judge Charles S. Coody :Evidentiary Hearing as to Ralph Wilson Lingo held on 2/21/2006 re 27 MOTION to Suppress *Search* filed by Ralph Wilson Lingo, (Court Reporter James Dickens.) (Attachments: # 1 Witness List) (ws ) (Entered: 02/21/2006) |
| 02/24/2006 | | TRANSCRIPT of Supplemental Suppression Proceedings as to Ralph Wilson Lingo held on 2/21/06 before Judge Charles S. Coody. Court Reporter: James Dickens. (ws, ) (Entered: 02/27/2006) |
| 02/28/2006 | 45 | BRIEF/RESPONSE in Opposition by USA as to Ralph Wilson Lingo re 27 MOTION to Suppress *Search* (Cooke, Karl) (Entered: 02/28/2006) |

| 02/28/2006 | 🔵46 | BRIEF/RESPONSE in Support by Ralph Wilson Lingo re 27 MOTION to Suppress *Search (SECOND POST-HEARING BRIEF)* (Butler, Kevin) (Entered: 02/28/2006) |
| --- | --- | --- |
| 03/02/2006 | 🔵47 | REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE as to Ralph Wilson Lingo re 27 MOTION to Suppress *Search*. Objections to R&R due by 3/15/2006. Signed by Judge Charles S. Coody on 3/2/06. (ws ) (Entered: 03/02/2006) |
| 03/10/2006 | 🔵48 | MOTION to Continue trial *(UNOPPOSED)* by Ralph Wilson Lingo. (Attachments: # 1 Waiver of Speedy Trial)(Butler, Kevin) (Entered: 03/10/2006) |
| 03/13/2006 | 🔵49 | ORDER to Continue - End of Justice as to Ralph Wilson Lingo granting 48 MOTION to Continue trial; resetting Jury Trial, now set for 3/27/06, for 6/26/2006 before Honorable W. Harold Albritton III. Signed by Judge W. Harold Albritton III on 3/13/06. (ajr, ) Modified on 3/21/2006 (snc). (Entered: 03/13/2006) |
| 03/13/2006 | | ***Excludable (XT) started per 3/13/06 Order 49 as to Ralph Wilson Lingo (snc) (Entered: 03/21/2006) |
| 03/14/2006 | 🔵50 | Oral MOTION for Extension of Time to File *Objections to Magistrate's Report and Recommendation* by Ralph Wilson Lingo. (Butler, Kevin) (Entered: 03/14/2006) |
| 03/15/2006 | 🔵51 | ORDER as to Ralph Wilson Lingo granting 50 Oral MOTION for Extension of Time to File Objections to Magistrate's Report and Recommendation;Objections to Report and Recommendation due by 3/22/2006. Signed by Judge Charles S. Coody on 3/15/06. (ajr, ) (Entered: 03/15/2006) |
| 03/15/2006 | 🔵52 | ORDER as to Ralph Wilson Lingo that the court does not accept pleadings filed by pro se by a defendant that is represented by counsel. The Clerk is directed to scan the documents and attach them to this order; provide a copy to counsel; and return the original pleading to the defendant. Signed by Judge Charles S. Coody on 3/15/06. (Attachments: # 1 Pro Se Letter from Defendant) (ws ) (Entered: 03/15/2006) |
| 03/22/2006 | 🔵53 | OBJECTION TO REPORT AND RECOMMENDATIONS 47 by Ralph Wilson Lingo (Butler, Kevin) (Entered: 03/22/2006) |
| 03/27/2006 | 🔵56 | ORDER as to Ralph Wilson Lingo that the United States is given until 4/17/06 to file a response re 53 Defendant's Objection to Report and Recommendations filed by Ralph Wilson Lingo. Response due by 4/17/2006. Signed by Judge W. Harold Albritton III on 3/27/06. (ws ) (Entered: 03/27/2006) |
| 04/12/2006 | 🔵 | Set/Reset Hearings as to Ralph Wilson Lingo: Telephone Conference set for 4/14/2006 09:00 AM before Honorable Charles S. Coody per 4/12/06 order. (snc) (Entered: 04/12/2006) |

| | | |
|---|---|---|
| 04/14/2006 | ❍59 | Minute Entry for proceedings held before Judge Charles S. Coody :Telephone Conference RE: Motion to Quash Subpoena as to Ralph Wilson Lingo held on 4/14/2006 (Recording Time FTR: 9:13 - 9:18) (ws ) (Entered: 04/14/2006) |
| 04/14/2006 | ❍ | ORAL ORDER as to Ralph Wilson Lingo re [57] SEALED MOTION to Quash filed by City of Dothan re: Tony Luker that said documents as redacted be produced and provided to defense counsel and not to be shared with the defendant except to the extent that it might be necessary to the conduct of the trial of this case. Signed by Judge Charles S. Coody on 4/14/06. (ws) (Entered: 04/14/2006) |
| 04/14/2006 | | ***Motions terminated as to Ralph Wilson Lingo: [57] SEALED MOTION to Quash filed by City of Dothan, Tony Luker,. (ws) (Entered: 04/21/2006) |
| 04/17/2006 | ❍64 | NOTICE *Response 53* by USA as to Ralph Wilson Lingo re 53 Objection to Report and Recommendations (Cooke, Karl) (Entered: 04/17/2006) |
| 05/19/2006 | ❍67 | MOTION to Dismiss counsel by Ralph Wilson Lingo. (ajr, ) (Entered: 05/19/2006) |
| 05/24/2006 | ❍68 | MEMORANDUM OPINION as to Ralph Wilson Lingo (incorporating ORDER ADOPTING REPORT AND RECOMMENDATION of the Magistrate Judge as to Ralph Wilson Lingo denying 27 Motion to Suppress filed by Ralph Wilson Lingo. The objections are OVERRULED. Signed by Judge W. Harold Albritton III on 5/24/06. (ws) (Entered: 05/24/2006) |
| 05/24/2006 | ❍69 | ORDER as to Ralph Wilson Lingo re 67 MOTION to Dismiss filed by Ralph Wilson Lingo that an Ex Parte Hearing is set for 6/1/2006 09:00 AM in Courtroom 4B before Honorable Charles S. Coody. The United States or the person having custody of the defendant shall produce the defendant for the hearing. Signed by Judge Charles S. Coody on 5/24/06. (ws) (Entered: 05/24/2006) |
| 05/24/2006 | ❍70 | MOTION to Continue *Hearing* by Ralph Wilson Lingo. (Butler, Kevin) (Entered: 05/24/2006) |
| 05/25/2006 | ❍71 | ORDER as to Ralph Wilson Lingo granting 70 MOTION to Continue Ex Parte *Hearing* filed by Ralph Wilson Lingo re 67 MOTION to Dismiss filed by Ralph Wilson Lingo. The Ex Parte Hearing presently set for 6/1/06 is RESET for 6/6/2006 at 09:00 AM in Courtroom 4B before Honorable Charles S. Coody. The U.S. Marshal or the person having custody of the defendant shall produce the defendant for the hearing. Signed by Judge Charles S. Coody on 5/25/06. (ws ) (Entered: 05/25/2006) |
| 06/06/2006 | ❍ | ORAL ORDER (in open court) denying 67 Motion to Dismiss Counsel filed by Ralph Wilson Lingo (1). Signed by Judge Charles S. Coody on 6/6/06. (ws) (Entered: 06/06/2006) |

| 06/06/2006 | ⬤72 | Minute Entry for proceedings held before Judge Charles S. Coody :Ex Parte Motion Hearing as to Ralph Wilson Lingo held on 6/6/2006 re 67 MOTION to Dismiss Counsel filed by Ralph Wilson Ling. (Recording Time FTR: 9:06 - 9:15.) (ws) (Entered: 06/06/2006) |
|---|---|---|
| 06/12/2006 | ⬤73 | NOTICE OF INTENT TO CHANGE PLEA by Ralph Wilson Lingo (Butler, Kevin) (Entered: 06/12/2006) |
| 06/12/2006 | ⬤74 | ORDER as to Ralph Wilson Lingo re 73 Notice of Intent to Change Plea. Change of Plea Hearing set for 6/13/2006 09:30 AM in Courtroom 4B before Honorable Charles S. Coody. The Clerk is directed to provide a court reporter for this proceeding. If the defendant is in custody, the United States Marshal or the person having custody of the defendant shall produce the defendant for the proceeding. Signed by Judge Charles S. Coody on 6/12/06. (ws, ) (Entered: 06/12/2006) |
| 06/13/2006 | ⬤75 | Consent to Enter Guilty Plea before U. S. Magistrate Judge as to Ralph Wilson Lingo (ws, ) (Entered: 06/13/2006) |
| 06/13/2006 | ⬤76 | PLEA AGREEMENT as to Ralph Wilson Lingo (ws, ) (Entered: 06/13/2006) |
| 06/13/2006 | ⬤77 | Minute Entry for proceedings held before Judge Charles S. Coody :Change of Plea Hearing as to Ralph Wilson Lingo held on 6/13/2006, Plea entered by Ralph Wilson Lingo (1) Guilty to Count 1 of the Indictment. (Court Reporter Risa Entrekin.) (ws ) (Entered: 06/13/2006) |
| 06/13/2006 | ⬤ | ORAL ORDER Accepting Guilty Plea as to Ralph Wilson Lingo and Adjudicating the defendant guilty as to Count(s) 1 of the Indictment . Signed by Judge Charles S. Coody on 6/13/06. (ws, ) (Entered: 06/13/2006) |
| 06/20/2006 | ⬤ | Terminate Deadlines and Hearings as to Ralph Wilson Lingo: (kcg, ) (Entered: 06/20/2006) |
| 06/30/2006 | ⬤78 | TRANSCRIPT of CHANGE OF PLEA HEARING (PDF available for court use only) as to Ralph Wilson Lingo held on June 13, 2006 before Judge Charles S. Coody. Court Reporter: Risa Entrekin (1 volume). (snc) (Entered: 06/30/2006) |
| 07/06/2006 | ⬤79 | ORDER as to Ralph Wilson Lingo directing as clerk to send a copy of the defendant's pro se letter requesting that the court appoint new counsel and allow him to withdraw his guilty plea to defense counsel, setting an Ex Parte Hearing for 7/10/2006 11:30 AM in Courtroom 4B before Honorable Charles S. Coody, and directing the USM to produce the defendant for the hearing. (Attachments: # 1 Pro Se Letter from Defendant Lingo) (snc) (Entered: 07/06/2006) |
| 07/10/2006 | 80 | Minute Entry for proceedings held before Judge Charles S. Coody :Ex Parte Hearing as to Ralph Wilson Lingo held on 7/10/2006 (Recording Time FTR: 11:29 - 11:50.) (ws) (Entered: 07/11/2006) |

| 07/10/2006 | 🌐 | ORAL ORDER (in open court Ex Parte proceeding) as to Ralph Wilson Lingo denying defendant's pro se letter request for new counsel as to Ralph Wilson Lingo . Signed by Judge Charles S. Coody on 7/10/06. (ws, ) (Entered: 07/11/2006) |
|---|---|---|
| 07/14/2006 | 🌐81 | MOTION to Withdraw Plea of Guilty *and Renewed Motion to Substitute Counsel* by Ralph Wilson Lingo. (Butler, Kevin) (Entered: 07/14/2006) |
| 07/18/2006 | 🌐82 | ORDER granting 81 Motion to Withdraw Plea of Guilty and Renewed Motion to Substitute Counsel as to Ralph Wilson Lingo (1) that a panel attorney be appointed to represent the defendant for all further proceedings. Signed by Judge Charles S. Coody on 7/18/06. (ws, ) (Entered: 07/18/2006) |
| 07/18/2006 | 🌐 | Attorney update in case as to Ralph Wilson Lingo. Attorney Richard Kelly Keith for Ralph Wilson Lingo added. Attorney Kevin L. Butler and Federal Defender terminated. (ws) (Entered: 07/18/2006) |
| 07/18/2006 | 🌐83 | ORDER as to Ralph Wilson Lingo: Scheduling Conference set for 7/31/2006 09:00 AM in Courtroom 4B before Honorable Charles S. Coody of the purpose of setting a new trial date for this case. The Clerk is DIRECTED to insure that newly appointed counsel is notified of this setting. Signed by Judge Charles S. Coody on 7/18/06. (ws ) (Entered: 07/18/2006) |
| 07/19/2006 | 🌐84 | NOTICE OF ATTORNEY APPEARANCE: Richard Kelly Keith appearing for Ralph Wilson Lingo (Keith, Richard) (Entered: 07/19/2006) |
| 07/19/2006 | 🌐85 | MOTION to Continue *July 31, 2006 Scheduling Conference* by Ralph Wilson Lingo. (Keith, Richard) (Entered: 07/19/2006) |
| 07/20/2006 | 🌐86 | ORDER as to Ralph Wilson Lingo granting 85 MOTION to Continue *July 31, 2006 Scheduling Conference* filed by Ralph Wilson Lingo. Scheduling Conference previously set for 7/31/06 is CONTINUED to 8/2/2006 11:30 AM in Courtroom 4B before Honorable Charles S. Coody. Signed by Judge Charles S. Coody on 7/20/06. (ws) (Entered: 07/20/2006) |
| 08/01/2006 | 🌐87 | MOTION to Continue *Scheduling Conference* by Ralph Wilson Lingo. (Keith, Richard) (Entered: 08/01/2006) |
| 08/01/2006 | 🌐88 | ORDER as to Ralph Wilson Lingo granting 87 MOTION to Continue *Scheduling Conference* filed by Ralph Wilson Lingo. Scheduling Conference now set for 8/2/06 is RESET for 8/8/2006 01:30 PM in Courtroom 4B before Honorable Charles S. Coody. Signed by Judge Charles S. Coody on 8/1/06. (ws) (Entered: 08/01/2006) |
| 08/07/2006 | 🌐89 | CJA 20 as to Ralph Wilson Lingo: Appointment of Attorney Richard Kelly Keith for Ralph Wilson Lingo. . Signed by Judge Charles S. Coody on 7/18/06. (ws, ) (Entered: 08/07/2006) |
| 08/08/2006 | 🌐90 | Minute Entry for proceedings held before Judge Charles S. Coody :Scheduling Conference as to Ralph Wilson Lingo held on 8/8/2006 |

| | | (Recording Time FTR: 1:31 - 1:38.) (ws ) (Entered: 08/08/2006) |
|---|---|---|
| 09/12/2006 | 93 | ORDER as to Ralph Wilson Lingo : Jury Selection set for 10/24/2006 before Honorable W. Harold Albritton III. Jury Trial set for 10/24/2006 before Honorable W. Harold Albritton III. All motions in liminek proposed voire dire questions and jury instructions shall be filed on or before 10/17/06; The court will consider a plea to Rule 11(c)(1)(A) or (C) unless notice is filed on or before noon on October 10, 2006. Signed by Judge Charles S. Coody on 9/12/06. (ws) (Entered: 09/12/2006) |
| 10/05/2006 | 94 | MOTION to Continue trial by Ralph Wilson Lingo. (Keith, Richard) (Entered: 10/05/2006) |
| 10/10/2006 | 95 | ORDER as to Ralph Wilson Lingo granting 94 MOTION to Continue trial filed by Ralph Wilson Lingo (incorporating ORDER TO CONTINUE - Ends of Justice as to Ralph Wilson Lingo Time excluded from 10/24/06 until 1/8/07). Jury Selection set for 10/24/06 is CONTINUED to 1/8/2007 before Honorable W. Harold Albritton III. Jury Trial set for 10/24/06 is CONTINUED to 1/8/2007 before Honorable W. Harold Albritton III. The Magistrate Judge is requested to schedule a new pretrial conference in advance of the new trial date and to extend any deadlines which he determines to be appropriate for extension . Signed by Judge W. Harold Albritton III on 10/10/06. (ws ) (Entered: 10/10/2006) |
| 10/12/2006 | 96 | ORDER as to Ralph Wilson Lingo : A Final Pretrial Conference is set for 12/18/2006 01:00 PM in Courtroom 4B before Honorable Charles S. Coody. That all applicable deadlines contained in the prior arraignment order and pretrial order are adjusted accordingly, except the deadline for dispositive motions which is not extended. Signed by Judge Charles S. Coody on 10/12/06. (ws) (Entered: 10/12/2006) |
| 11/28/2006 | 97 | ORDER as to Ralph Wilson Lingo: Pretrial Conference set for 12/18/06 is RESET for 12/15/2006 01:00 PM in Courtroom 4B before Honorable Charles S. Coody. All applicable deadlines contained in the prior arraignment and pretrial order are adjusted accordingly, except the deadlines for dispositive motions which is not extended. Signed by Judge Charles S. Coody on 11/28/06. (ws, ) (Entered: 11/28/2006) |
| 12/08/2006 | 98 | NOTICE of Substitution of Counsel by USA as to Ralph Wilson Lingo (Brunson, Kent) (Entered: 12/08/2006) |
| 12/12/2006 | | (STRICKEN FROM DOCKET PER 12/13/06 ORDER) MOTION (Pro Se) to Continue trial by Ralph Wilson Lingo. (jct, ) Modified on 12/13/2006 (jct, ). (Entered: 12/12/2006) |
| 12/13/2006 | 100 | ORDER as to Ralph Wilson Lingo : [99] MOTION to Continue trial filed by Ralph Wilson Lingo be STRICKEN from the docket; directing clerk to return the original to the defendant; directing clerk not to accept for filing in this case any pro se pleadings or documents; if the defendant sends to the court any documents for filing the documents shall be forwarded to the defendant's counsel . Signed by Judge Charles S. Coody on 12/13/06. |

| | | (Attachments: # 1 pro se document) (jct, ) (Entered: 12/13/2006) |
|---|---|---|
| 12/14/2006 | 101 | MOTION to Substitute Attorney by USA as to Ralph Wilson Lingo. (Brunson, Kent) (Entered: 12/14/2006) |
| 12/15/2006 | 102 | NOTICE OF INTENT TO CHANGE PLEA by Ralph Wilson Lingo (Keith, Richard) (Entered: 12/15/2006) |
| 12/15/2006 | 103 | Minute Entry for proceedings held before Judge Charles S. Coody :Pretrial Conference as to Ralph Wilson Lingo held on 12/15/2006 (Recording Time FTR: 1:16 - 1:17.) (ws, ) (Entered: 12/19/2006) |
| 12/19/2006 | 104 | ORDER as to Ralph Wilson Lingo re 102 Notice of Intent to Change Plea: Change of Plea Hearing set for 12/20/2006 01:30 PM in Courtroom 4B before Honorable Charles S. Coody;directing clerk to provide a court reporter for this proceedings; if the defendant is in custody, directing U. S. Marshal to produce defendant for this proceeding. Signed by Judge Charles S. Coody on 12/19/06. (jct, ) (Entered: 12/19/2006) |
| 12/20/2006 | 105 | ORDER granting 101 Motion to Substitute Attorney as to Ralph Wilson Lingo (1); U. S. Attorney Kent Brunson substituted for U. S. Attorney David Cooke. Signed by Judge Charles S. Coody on 12/20/06. (jct, ) (Entered: 12/20/2006) |
| 12/20/2006 | 106 | Consent to Enter Guilty Plea before U. S. Magistrate Judge as to Ralph Wilson Lingo (ws, ) (Entered: 12/20/2006) |
| 12/20/2006 | 107 | PLEA AGREEMENT as to Ralph Wilson Lingo (ws, ) (Entered: 12/20/2006) |
| 12/20/2006 | 108 | Minute Entry for proceedings held before Judge Charles S. Coody :Change of Plea Hearing as to Ralph Wilson Lingo held on 12/20/2006, Plea entered by Ralph Wilson Lingo (1) Guilty Count 1 of the Indictment. (Court Reporter Risa Entrekin.) (ws, ) (Entered: 12/20/2006) |
| 12/20/2006 | | ORAL ORDER Accepting Guilty Plea as to Ralph Wilson Lingo and Adjudicating the defendant guilty as to Count(s) 1 of the Indictment . Signed by Judge Charles S. Coody on 12/20/06. (ws, ) (Entered: 12/20/2006) |
| 01/10/2007 | 109 | ORDER as to Ralph Wilson Lingo: Sentencing set for 3/21/2007 09:00 AM in Courtroom 2C before Honorable W. Harold Albritton III. Signed by Judge W. Harold Albritton III on 1/10/07. (jct, ) (Entered: 01/10/2007) |
| 01/10/2007 | | Terminate Deadlines and Hearings as to Ralph Wilson Lingo (jct, ) (Entered: 01/10/2007) |
| 01/10/2007 | 110 | CORRECTED ORDER as to Ralph Wilson Lingo: Sentencing set for 3/21/2007 09:00 AM in Courtroom 2C before Honorable W. Harold Albritton III. Signed by Judge W. Harold Albritton III on 10/1/07. (jct, ) (Entered: 01/10/2007) |

| 02/21/2007 | 111 | ORDER as to Ralph Wilson Lingo Sentencing set for 3/21/2007 is hereby RESCHUEDULED for 3/22/2007 10:00 AM in Courtroom 2C before Honorable W. Harold Albritton III.. Signed by Judge W. Harold Albritton III on 2/21/2007. (sql, ) (Entered: 02/21/2007) |
|---|---|---|
| 03/02/2007 | 112 | MOTION for Reduction in Criminal Offense Level for Acceptance of Responsibility by USA as to Ralph Wilson Lingo. (Brunson, Kent) (Entered: 03/02/2007) |
| 03/22/2007 | | Plea Agreement Accepted as to Ralph Wilson Lingo (eb) (Entered: 03/22/2007) |
| 03/22/2007 | 113 | Minute Entry for proceedings held before Judge W. Harold Albritton III:Sentencing held on 3/22/2007 as to Ralph Wilson Lingo. (Court Reporter Risa Entrekin.) (eb) (Entered: 03/22/2007) |
| 03/22/2007 | | ORAL ORDER as to Ralph Wilson Lingo. Entered by Judge W. Harold Albritton III on 3/22/2007. (eb) (Entered: 03/22/2007) |
| 03/22/2007 | | ORAL ORDER granting 112 Motion for Reduction in Criminal Offense Level for Acceptance of Responsibility as to Ralph Wilson Lingo. Entered by Judge W. Harold Albritton III on 3/22/2007. (eb) (Entered: 03/22/2007) |
| 03/22/2007 | 114 | JUDGMENT as to Ralph Wilson Lingo (1), Count(s) 1: 37 MONTHS to run consecutive to any term the defendant is now serving; 3 YEARS SUP REL; $100 SA; special conditions of supervisions as further set out in Judgment. Signed by Judge W. Harold Albritton III on 3/22/07. (jct, ) Modified docket text on 3/22/2007 (jct, ). (Entered: 03/22/2007) |
| 03/22/2007 | | ***Case Terminated as to Ralph Wilson Lingo (jct, ) (Entered: 03/22/2007) |
| 03/28/2007 | 115 | MOTION (Pro Se) for Transcript of Proceeding held on 3/22/07 by Ralph Wilson Lingo. (jct, ) (Entered: 04/03/2007) |
| 04/04/2007 | 116 | ORDER denying 115 Motion for transcript of proceedings as to Ralph Wilson Lingo (1). Any pleadings filed in this case must be filed by appointed counsel. Signed by Judge Charles S. Coody on 4/4/07. (jct, ) (Entered: 04/04/2007) |
| 05/03/2007 | 117 | CJA 20 as to Ralph Wilson Lingo: Authorization to Pay Richard K. Keith. Amount: $ 5,615.23, Voucher # 070416000104. . Signed by Judge W. Harold Albritton III on 4/19/07. (ws, ) (Entered: 05/03/2007) |