IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RALPH LINGO, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Civil Action No. 1:07-cv-0388-WHA |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

## ATTORNEY AFFIDAVIT

The petitioner was initially represented by the Honorable Kevin L. Butler, who filed his Notice of Appearance on April 5, 2005, and the Motion to Suppress Search on December 15, 2005. On May 24, 2006, Judge Albritton overruled Lingo's Objections to the Magistrate Judge's denial of his Motion to Suppress Search.

On June 13, 2006, the petitioner pled guilty, and on July 6, 2006, moved to withdrawal his guilty plea and have new counsel appointed. On July 18, 2006, Petitioner was allowed to withdrawal his guilty plea and the undersigned was appointed.

RESPONSE TO PETITIONER'S GROUND NO. 1(a)

Petitioners initial attorney effectively litigated the Motion to Suppress Search issue and did in fact have the copy of the subject search warrant. A full and fair evidentiary was held and the Motion to Suppress the Search was denied.

RESPONSE TO GROUND NO. 1(7)

The undersigned attorney explained to Petitioner that unless "new evidence" was discovered, the Court was not going to have grounds to allow another suppression hearing on the same evidence previously presented by Attorney Butler.

I spent the bulk of my time in this case issuing numerous subpoenas to various State agencies to obtain new and different information in relation to the subject "search". No new information was obtained to justify any request for a new hearing.

RESPONSE TO GROUND NO. 2

This claim involved communications with Petitioner's initial attorney, Kevin Butler and the undersigned is unable to respond.

RESPONSE TO GROUND NO. 3

There is in fact a "search warrant" in this case. The petitioner claims it was essentially a "forged" document.

RESPONSE TO GROUND NO. 4

The petitioner in fact had a suppression hearing with his initial attorney and simply is dissatisfied with the result. The undersigned attorney, after due diligence, was unable to obtain (by subpoena) any new information that would have given grounds to renew the Motion to Suppress.

Respectfully submitted this 29th day of May, 2007.

        s/ Richard K. Keith
        **RICHARD K. KEITH (KEI003)**
        Attorney at Law
        **KEITH & DUBIN, PC**
        22 Scott Street
        Montgomery, AL  36104-4012
        Telephone: (334) 264-6776
        Facsimile:  (334) 265-5362

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 29, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Kent Brunson, AUSA
Post Office Box 197
Montgomery, AL 36101-0197

        s/ Richard K. Keith
        **OF COUNSEL**

3