IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT ALABAMA
SOUTHERN DIVISION

RALPH WILSON LINGO,           )
      Petitioner,             )
                              )  Civil Action No, 1:07cv388
V.                            )
                              )
                              )
UNITED STATES OF AMERICA,     )
      Respondent,             )
                              )
                              )

## MOTION FOR RESPONDNT'S RESPONSE

COMES NOW, the Petitioner, Ralph Wilson Lingo, by and through himself in the above-styled cause, moves this honrble court to provide your Petitioner with a copy of the Respondent's response, to this instant Petition filed under 28 U.S.C. S2255, and in support state the following reason:

1. On May 3, 2007 the above petitioner filed a motion pursuant to 28 U.S.C. S2255 challenging his conviction and sentence for being a felon in possession of a firearm, in violation of 18 U.S.C. 922(g)(1).

2. The Clerk served a copy of Lingo's 2255 motion upon the United States Attorney for the Middle District of Alabama.

3. On May 7, 2007 this Court issued an order directing the Government file a response to Lingo's motion within thirty (30) days from the fore said date.

4. Pursuant to the orders of this Court, the United States filed a response (Doc. No. 4) addressing Your petitioner Ralph Wilson Lingo's 28 U.S.C. 2255 motion, However, the Government fail to serve said petitioner with a copy of its response.

5. [This so being], Your petitioner (P)rocedural I've process rights, protectal by the Constitutions to the United States have been violated which requires notice and an opportunity to be heard when one's life, liberty, or property interest about to be affected by government action.

6. According to Rule 5(A) of the <u>Federal Rules of Civil Procedure</u>, thus requires all papers to be served on all parties to the action, moreover, in this court's order done on the 7th day of May, 2007, stated the same.

7. Petitioner asserts that his name and address were clearly listed on his motion at the place where he sign the Petition. Thus the United States is inexcusable on its part to serve said Petitioner a copy of its response.

8. Petitioner, Ralph Wilson Lingo, asserts that without the response of the Government, he cannot effectively refute the contentions of the Government.

9. In closing, Petitioner Lingo, respectfully request that this court grant him an extention of time from the date he receive the copy of the repondent's response, to file his reply to the response filed by the United States.

Wherefore, premises considered, Mr. Lingo, prays that this Honorable court shall grant his request to afford him with a copy of the United States response and Grant him thirty (30) days from the date he receive said response, to file his reply response.

Done this the 13 day of June, 2007.

Case: 1:07CV388

(Date 6-13-2007) R.L

Respectfully Submitted

Ralph Lingo

[Pro-se]

Ralph Lingo # 190083
Draper Correctional Facility
P.O. Box 1107
Elmore, Al  36025

