IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| RALPH WILSON LINGO, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v | ) | Civil Action No. 1:07cv388-WHA |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

**ORDER ON MOTION**

On June 14, 2007 (Doc. No. 7), petitioner Ralph Wilson Lingo filed a pleading styled "Motion for Respondent's Response," in which Lingo maintains that he has not received a copy of the government's response to his 28 U.S.C. § 2555 motion and requests that this court grant him an extension of time from the date he receives a copy of the government's response to file his reply to that response. The court construes the instant motion to contain a *motion for an extension of time*. Upon consideration of the *motion for extension of time*, and for good cause, it is

ORDERED that this motion be and is hereby GRANTED. It is further

ORDERED that

1. Lingo be GRANTED an extension from June 29, 2007, to and including July 13, 2007, to file a reply to the government's response to his § 2255 motion as set forth in this court's order

      dated June 7, 2007.

2.    On or before June 22, 2007, the United States Attorney shall provide Lingo with a copy of the government's response to Lingo's § 2555 motion

Done this 15th day of June, 2007.

          /s/Charles S. Coody
    CHARLES S. COODY
    CHIEF UNITED STATES MAGISTRATE JUDGE