IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

RALPH LINGO,
   Petitioner,

Civil Action NO. 1:07-CV-0388
1:07-CV-0388

V.

UNITED STATES OF AMERICA,
   Respondent,

## Motion To Direct the UNITED STATES Provide a Copy of All Exibits and Documents Previously Submitted Before the Court.

Comes Now, the Petitioner, Ralph Wilson Lingo, by and through himself in the above-styled cause, moves this Honorable Court to direct th United States to Provide him a copy of all exibits and documents previouly submitted before this court pursuant to Rule 5(a) of the Federal Rules of Civil Procedure and as grounds states the following reasons:

1. On May 3, 2007, the Petitioner, Ralph Wilson Lingo, filed a motion under 28 U.S.C §2255 challenging his conviction and sentence,

2. On May 7, 2007, this court issued an order directing the Government file a response to Lingo's motion within thirty (30) days from the foresaid date,

3. Pursuant to the orders of this court, the United States filed a response (Doc. No. 4) addressing Your Petitioner, Ralph Wilson Lingo's 28 U.S.C. 2255 motion, However, the Government fail to serve said Petitioner with a copy of its response.

4. On June 14, 2007, (Doc. No. 7), Your Petitioner, filed a pleading styled "Motion for Respondent's Response," in which Lingo contend that his Due process rights were violated because of the United States failure to provide him with a copy of its response.

5. On June 15, 2007, (Doc. No. 8), this court issued an order granting, Your Petitioners requests that this court grant him an extension of time from the date he receives a copy of the government's response to file his reply to that response.

6. On June 18, 2007, Your Petitioner, received a copy of the government response which indicated that the government submitted <u>exibits</u> in support of its allegations, however, the government has fail to provide, Your petitioner, with the documents.

7. Petitioner, respectfully requests this honorable Court to direct the government to provide him with what has been marked as (Exibits - A, B, C, D), and any and all documents that has been previously submitted unto this court pursuant to Rule 5 (a) of the <u>Federal Rules of Civil Procedure</u>, the United States Constitution, and this court's order done on the 7th day of May, 2007, (see Doc. No 2) which requires all papers to be served on all parties to the action, to entitle the opposing party the right to effectively refute the allegations made.

8. In closing, Your Petitioner, Ralph Wilson Lingo, requests that this court grant him an extention of time from the date he receive said documents of the respondents, to file his reply to the response filed by the government.

Wherefore, premises considered, Mr. Lingo, prays that this honorable court shall grant his requests to direct the government to provide him with any and all documents submitted unto the court in support of its response and grant him (30) days from the date he receive said documents, to file his reply response.

Done this the 6-21-2007 day of June, 2007.

Respectfully Submitted,

Ralph Lingo

Ralph Lingo # 190083
Draper Correctional facility
P.O. Box 1107
Elmore, Al 36025

I Ralph Lingo had put this motion in the U.S. Mail box at Draper Correctional Center address P.O. Box 1107, Elmore, Al 36025 Pre-pay by Ralph Lingo by U.S. Mail

6-21-2007
Date

Ralph Lingo
Ralph Lingo

## Certificate of Service

This is to certify that I have this day served counsel for the United States in the foregoing matter a copy of the foregoing motion by depositing a copy of the same in the prison mail box here at Draper Correctional Facility: Leura G. Canary / Kent B. Brunson – assistant United States Attorney, One Court Square – Suite 201, Montgomery, Alabama 36104

Civil Action No. 1:07-CV-0388

This the 6-21 day of 6-21-2007, 2007

Ralph Lingo
Ralph Lingo

Ralph Lingo, #190083 #H1-19A
P.O. Box 1107
Elmore, AL 36025-1107

This correspondence is being sent
from an Alabama State Prison. The DOC is
have not been evaluated and the Alabama
Department of Corrections is not responsible
for the substance or content of the enclosed
communication.

MONTGOMERY AL 361
21 JUN 2007 PM 3 T



OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
P.O. Box 711
MONTGOMERY, ALABAMA 36101-0711

361010+0711