IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

RALPH WILSON LINGO,            )
                               )
    Petitioner,              )
                               )
v                              )    Civil Action No. 1:07cv388-WHA
                               )
UNITED STATES OF AMERICA,      )
                               )
    Respondent.              )

**ORDER ON MOTION**

    Before the court is petitioner Ralph Wilson Lingo's motion filed on June 22, 2007 (Doc. No. 9), in which Lingo maintains that he has not received copies of government exhibits A-D originally included with the government's response to Lingo's § 2555 motion and requests that this court grant him an extension of time from the date he receives copies of the government's exhibits to file his reply to that response. The court construes the instant motion to contain a *motion for an extension of time*. Upon consideration of the *motion for extension of time*, and for good cause, it is

    ORDERED that this motion be and is hereby GRANTED. It is further

    ORDERED that

    1.    Lingo be GRANTED an extension from July 13, 2007, to and including July 20, 2007, to file a reply to the government's response to his § 2255 motion as set forth in this court's order

       dated June 7, 2007.

2.      On or before June 29, 2007, the United States Attorney shall provide Lingo with a copy of all government exhibits originally included with the government's response to Lingo's § 2555 motion.

Done this 22nd day of June, 2007.

                              /s/Charles S. Coody
                          CHARLES S. COODY
                          CHIEF UNITED STATES MAGISTRATE JUDGE