IN THE DISTRICT COURT OF THE UNITED STATS
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

Ralph Wilson Lingo,  )
    Petitioner,      )
                     )
V.                   )   Civil Actin No. 1:07cv388
                     )
                     )
UNITED STATE OF AMERICA, )
    Respondent,      )
                     )

## MOTION TO COMPEL DOCUMETS AND INFORMATION

Comes Now, the Petitioner, Ralph Wilson Lingo, by and through himself in the obove-styled cavse, moves this Honorable court to compel the United States to comply with this court's order that was issved on June 15, 2007, and issue an order for the United States to furnish and disclose the pretrial transcipts relating to a, pretrial Motion to surpress, such as the Application and Affidavit for a No Knock Search, and the Search Warrant H executed in this Present case and o grounds therefore says the foll

1) On May 3, 2007, Your Petitioner, Ralph Wilson Lingo, filed a motion under 28 U.S.C 2255 challenging his conviction and sentence, claiming that the Search Warrant in this present case was executed without Probable Cause, improper chain of custody, and the executing officer was unathorize to execute the Search without adequate assistance,

2) On June 22, 2007 (Doc. No. 9), Your Petitioner, filed a motion maintaining that he has not received copies of government exhibits A-D originally included with the government's response to Lingos § 2255 motion and any and all documents submitted unto this court,

3) On June 22, 2007, (Doc. No. 10), this court issued and order directing the government to provide Your Petitioner with said requests, However, the government ignores this Honrable court's foresaid order and has fail to provide, your petitioner with said Documents up until this day,

4) Your Petitionr Respectfully requests this Court to Compel the government to comply with this Courts order issued on June 22, 2007, (Doc. No. 10) and to [furnish] the transcript of a pretrial suppressing hearing, relating to motion to suppress filed by, your petitioner, in this present case and any and all the other documents that was filed in this case such as the Application and Affidavit for a No Knock search, the Search Warrant, etc... Pursuant to Rule 5, Governing Habeas Corpus Proceeding.

5) Your petitioner maintains his contention that without such requests and the furnishing of the above documents it will be confusing or impossible to ~~demonstrate unto in this case was that the search warrant, that was issued in this case was a bizarre one, due to imposturize and executing officer.~~ to demonstrate unto this court that the search warrant that was issued in this case was a Bizarre one, due to imposturize and unathorize executing officer.

6.) In closing, Your Petitioner, Ralph Wilson Lingo, requests that this court grant him an extention of time from the date he recieve said documents of the respondents, to file his reply to the response filed by the government,

WHEREFORE, premises considered, Mr. Lingo, prays that this Konorable court shall grant his requests to compel the governmet to comply with this courts order issued on June 22, 2007, by providing him with any and all documents submitted unto this court and additionally [furnish] and provide him with the requested documents relating to the said pretrial transcripts; and the search warrant, with the Application and Affidavit for the search warrant; and grant (30) thirty days from the date he recieve said documents, to file his reply response,

Done this the 7-16-2007 day of June, 2007,

Civil Actin No. 1:07CV388

Respectfully Submitted,

*Ralph Lingo*, Date, 7-16-2007

H1-A19   Ralph Lingo # Ais. 190083
Draper Correctional Facitity
P.O Box 1107
Elmore, AL 36025-1107

CERTIFICATE OF SERVICE

This is to certify that I have this day served counsel for the United State's in the foregoing matter a copy of the foregoing motion by depositing a copy of the same in the Prison mail box here at Draper Correctional Facility; Levra G Canary / Kent B. Brunson - assistant United States Attorney, one court square; Suite 201, Montgomery, Alabama 36104

This the 7-16 day of 7-16-2007 2007

*Ralph Lingo*, 7-16-2007
Ralph Lingo



Ralph Lingo, A.S. 190083A H1-19A
Post Office Box 1107
Elmore, AL 36025-1107

MONTGOMERY AL 361
16 JUL 2007 PM 1 L

The correspondence is forwarded from an Alabama prison. The contents have not been evaluated and the Alabama Department ___ is not responsible for the substance or contents of the enclosed communication.

OF THE CLERK
UNITED STATES DISTRICT COURT
P.O. BOX 711
MONTGOMERY, ALABAMA 36101-0711