IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RALPH WILSON LINGO, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 1:07cv388-WHA |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

**ORDER ON MOTION**

Upon consideration of the motion to compel filed by the petitioner on July 17, 2007 (Doc. No. 11), and for good cause, it is

ORDERED that

1. The motion to compel be and is hereby GRANTED to the extent that the petitioner seeks copies of government exhibits A through D originally included with the government's response to the petitioner's § 2255 motion.

2. The motion to compel be and is hereby DENIED to the extent that the petitioner seeks "the transcript of a pretrial suppression hearing relating to a motion to suppress filed by your petitioner in this present case and any and all the other documents that [were] filed in this case such as the application and affidavit for a no knock search warrant, etc."

3. On or before August 3, 2007, the United States shall provide the petitioner with copies of all government exhibits (A through D) originally included with the government's

response to the petitioner's § 2255 motion.

    4. The petitioner is GRANTED an extension from July 13, 2007, to and including August 31, 2007, to file a reply to the government's response to his § 2255 motion as set forth in this court's order dated June 7, 2007.

    Done this 20th day of July, 2007.

                                                 /s/Charles S. Coody
                                              CHARLES S. COODY
                                              CHIEF UNITED STATES MAGISTRATE JUDGE