IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

RALPH WILSON LINGO,
    Petitoner,

V.

UNITED STATES OF AMERICA,
    Respondent,

Civil Action No. 1:07cv388—
-WHA

RECEIVED 2007 AUG 29 A 10:2[?]
DEBRA P. HACKETT,
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

I ask the court for more time in this motion.
I cannot Read good enough for a appeal.
I ask the court to Point me an attorney to help me
in the legal process.
I have to ask other inmates for help.
I have been transferd to another prison.
I do not know anyone to help me.
I also want a special hearing, for a search
warrent and affadavid. I ask the court also for
a court order to be given to the u.s. marsheh office.
that they cannot take no legal paper work from
me. this is my consatutionl right to have all
my paper work with me. I've ask the court for copeys
of all Search warent hearings that the u.s. marshals
officers made me leave. on Case # CR-NO-
3:05CR32 atterney name Kevin Butler
this was my lawyer in the motion to supress
Search warrent.

(Pages 1-2-3 end) Date. 8-27-2007

I ask for a copy of all court transscipts.
I ask for copies of every hearing I ask The Court for all documents that was filed by Kevin Butler. the atterey named Richard K. Keith (KE1003) the atterney lisense number or identafucation number. I ask for all motions and copies to be given to me. I am also Fileing for a dis honest repersention atterney name richard Keith mis led Ralph lingo. By shakeing his head yes or no. By qustion ralph lingo about a seach warrent. I was unaware of what he was doing for me. during a plea guilt in front of Judge coley. my understanding Jugele cooley to do what my lawyer tell me to do. I think this is not fair and I have no understandings. By getting ralph lingo say <u>yes</u> tony luker to get to say he gave me a search warrent the lawyer was shakeing his head up and down and when to say yes or no. I had no idea what was going on. He lied to me. He did not help me in no way. I Ralph lingo had never had a search warrent on the day of 4-14-2003, tony luker told me he would- was a Henry Co. sherrife, and he did have any search warrent or never showd me one. for 18 months I was in the housten County court

(2)

when i ask for a copy of a search warrent I did not get one. I ask the Judge for a copy and did not get one. They dont have one. Judge wyyet orderd me back to Bullock prison. a week later half of a search warrent was sent to me. for the first time I ever seen one. I got over a hundred documents ask for one, from housten co. city of dothan city of Henry co. no search warrent.

It's been 4½ years, and the district atterney dont even got one. I sent $5.00 to each court in records to differnt times. There was no search warrent. I Ralph lingo promise to the court in gods name that I never seen a search warrent, not till 18 monts latter.

I feel Judge codey did not give me a fair and honest search warrent hearing.

I do ask for another search warrent hearing. and I ask for more time in this motion of 2255 more time In a court appointed lawyer.

Ralph Wilson Lingo
AIS# 190083 — G1-14A
Bullock correctional facility
P.O. Box 5107
Union Springs, AL 36089-5107

(Pages 1 and 2 - 3)    Ralph Lingo  Date 8-27-2007

Ralph Wilson Lingo #190083 = G1-14A
Bullock Correctional Facility
P.O. Box 5107
Union Springs, AL 36089-5107

(Legal mail)

To: Mrs. DEBRA P. HACKETT, CLERK
OFFICE OF THE CLERK UNITED STATES DISTRICT
COURT   P.O. BOX 711
MONTGOMERY, ALABAMA 36101-0711

MONTGOMERY AL 361
28 AUG 2007 PM 3 T

36101+0711