IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RALPH WILSON LINGO, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v ) | Civil Action No. 1:07cv388-WHA |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

**ORDER ON MOTION**

On August 29, 2007 (Doc. No. 13), the petitioner filed a pleading that this court construes to contain (1) a *motion for extension of time*, (2) a *motion for appointment of counsel*, and (3) a *motion for production of various documents*. Upon consideration of this pleading, and for good cause, it is ORDERED that

1. The *motion for extension of time* is GRANTED.

2. The petitioner is GRANTED an extension from August 31, 2007, to and including September 17, 2007, to file a reply to the government's response to his 28 U.S.C. § 2255 motion in compliance with this court's order entered on June 7, 2007.

3. The *motion for appointment of counsel* is DENIED at this time.

4. The *motion for production of various documents* is DENIED.

Done this 29th day of August, 2007.

    /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE