IN ThE DISTRICT COURT oF THE UNITD STATES
FoR THE MIDDLE DISTRICT oF ALABAMA
SOUTHERN DIVISION

RECEIVED
2007 SEP 18 A 9:55
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

RALPh Lingo                Civil Action No. 1:07-CV-0388
    Petitioner,
V.
UNITE STATES oF AMERICA,
    Respondent,

I am asking The court for Time in this case,

1. I am AsKing The court For 15 days From,

2. I need help Reading and wRitting.

Ralph Lingo Ais. 190083
Dorm d2 – Bed 2A
P.O. BOX 5107
Union springs, AL 36089-5107

Ralph Lingo
Date, 9-13-2007

Ralph Lingo AIS #190083
P.O. Box 5107
Union Springs, AL
36089-5107

Legal Mail

Dorm - Bed
D2 - 2A

MONTGOMERY AL 351
17 SEP 2007 PM 1 T

Office of The Clerk
United States District Court
P.O. Box 711
Montgomery, Alabama
36101-0711

Official Business

36101+0711 B007

USA 41