IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RALPH WILSON LINGO, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v ) | Civil Action No. 1:07cv388-WHA |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

**ORDER ON MOTION**

Upon consideration of Petitioner's motion for extension of time (Doc. No. 15), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED. It is further

ORDERED that Petitioner be GRANTED an extension from September 17, 2007, to and including October 3, 2007, to file a reply to the government's response to his § 2255 motion as set forth in this court's order dated June 7, 2007.

Done this 18th day of September, 2007.

　　　　　　　　　　　　　　　　/s/Charles S. Coody
　　　　　　　　　　　　　　　CHARLES S. COODY
　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE