IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

RALPH LINGO,
  Petitioner,

V.                                  Civil Action No: 1:07-CV-0388

UNITED STATS OF AMERICA,
  Pes Pondent,

I Ask for a Court order to the warden John Cummins to give to Free stamps to inmate legal mail I Ask for a Court order

1. The mail room ladie work the mail room send back legal mail she said she will not under no circumstands she will send out any legal mail expect I put a stamp on the legal envolep

2. She halla at me when I ask her rules of legal mail. She yell when you try to talk to her. If you send her a request she will not respond back. I ask the court to send me a letter to Ralph lingo If I am in the Right or wrong to get to free stamps a week for legal use only. Is my right to send out legal mail 5 days a week. Do the inmate has this Right? Could the court progress me in this matter by sending me a letter and the law and send a letter to the warden Thank You
I ask the court to take action in this matter,
Ralph Lingo, Date, 9-25-2007 = A:s190083