IN THE DISTRICT COURT OF THE UNITED STATES FOR THE MIDDLE DISTRICT OF ALABAMA SOUTHERN DIVISION

RALPH Lingo,       V. UNITED STATES OF AMERICA,
Petitioner,                    Respondent,

DEBRA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

2007 SEP 26  A 10: 22

Civil Action No: 1:07-CV-0388

A motion For more time in this case
I Ralph lingo Are trying to Find some-
body to help me in this case I cannot Read

1. I Ralph lingo cannot Read. I take mental
Medication. I am looking For help. I ask
to Allow me an grant me A temporary
Parliagle to helpme with some case laws.

2. Ask For 30 days time For the Responds

3. Asking For A Parliagle For only part time
on this case. The court did not given much
time I need 30 days. Thank You

Ralph Lingo