IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN    DIVISION

RECEIVED
2007 SEP 26 A 10: 22

RALPH Lingo,
    Petitioner,

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT,
MIDDLE DISTRICT ALA

Civil Action No: 1:07-CV-0388

V.

UNITED STATS OF AMERICA,
    Pes Pondent,

A motion to the Court to Ask the Court
For A Court Order to the sent to bullock
Correctional to the warden John Cummins

1. No one of the officer Are did not Allow to
take Any of my Legal Property Away from me
Deer in the time of Any court I must be Able
to keep All legal papers in my Profession At
All time. I Ask for this to be A court order. To
liver Are send to the warden John Cummins of
bullock Correctional. His Address is (P.O Box 5107
Union Springs, Al 36069)

Ralph Lingo
Date, 9-25-2007

Ais# 190083