IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

RALPH WILSON LINGO,               )
                                  )
              Petitioner,          )
                                  )
v                                 )          Civil Action No. 1:07cv388-WHA
                                  )
UNITED STATES OF AMERICA,         )
                                  )
              Respondent.          )

**ORDER ON MOTION**

Upon consideration of the "motion for a court order to Warden John Cummins to provide free stamps" filed by the petitioner on September 26, 2007 (Doc. No. 17), it is

ORDERED that this motion be and hereby is DENIED.

Done this 10th day of October, 2007.


        /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE