IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| RALPH WILSON LINGO, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v | ) | Civil Action No. 1:07cv388-WHA |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

**ORDER ON MOTION**

On September 26, 2007 (Doc. No. 18), the petitioner filed a pleading that this court construes to contain (1) a *motion for extension of time* and (2) a *motion for appointment of a paralegal*. Upon consideration of this pleading, and for good cause, it is ORDERED that

1. The *motion for extension of time* is GRANTED.

2. The petitioner is GRANTED an extension from October 3, 2007, to and including November 5, 2007, to file a reply to the government's response to his 28 U.S.C. § 2255 motion in compliance with this court's order entered on June 7, 2007.

3. The *motion for appointment of a paralegal* is DENIED.

Done this 10th day of October, 2007.

                                                          /s/Charles S. Coody
                                                      CHARLES S. COODY
                                                      CHIEF UNITED STATES MAGISTRATE JUDGE