IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

Ralph Lingo,
    Petitioner,

Vs.                    Civil Action No. 1:07-CV-0388

United States of America,
    Respondent.

### A Motion for a Subpoena. The Guns and The Serial Numbers will be Listed Below

1. Serial number to Phoenix Arms, Raven, .25 semi-automatic 3095413
2. & 3. Phoenix Arms Raven 9096448 and T-38 handgun 1422059
4. Jennings Model 48   809158

I, Ralph Lingo, want to see these guns and the property evidence room of the Dothan Police Department brought to the Federal Courthouse and the shotgun and the deer-rifle. Out of 15 guns that were taken, I want all 15 guns brought to the courthouse in the care of the Dothan Police Department evidence room located at 210 N. St. Andrews St., Dothan, AL 36303. We will also ask for a copy of the evidence room log book. Everything dated from 4/12/2003 through 4/18/2003. We ask for a copy of the evidence log book. I have asked my attorneys for this and both attorneys have failed to do what I asked for. I asked Judge Cooley to allow me a copy of the evidence book log sheet for these days. I ask Judge Cooley please pay attention and look at the evidence. I had sent copies to some of the higher judges in the Federal Court. Their letter didn't sound too good. If the court deny me a rehearing on evidence of the search warrant or a new trial and I understand if I lose in a trial I get more time. If I loose this withdraw hearing, I ask the court for an appeal. Thank You.

Sincerely,

Ralph Lingo

Ralph Lingo AIS 190083
Dorm D2-2A
PO Box 5107
Union Springs, AL 36089

Notary Public

Sworn and subscribed before me the 17th day of September, 2007.

Notary Public,

Lance C. Anthony

NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: Apr 4, 2011

Date 9-17-2007

Ralph Lingo, AIS# 190083-D2-2A
P.O. Box 5107
Union Springs, AL 36089-5107

MONTGOMERY AL 361
11 OCT 2007 PM 1 T

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
P.O. BOX 711
MONTGOMERY, ALABAMA 36101-0711

(Legal mail)