IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

RALPH LINGO,  Civil Action No. 1:07-CV-0388
   Petitioner,
V.
UNITED STATES OF AMERICA,
   Respondent,

I ASK FOR A PARALEGAL OR AN ATTORNEY BECAUSE I CANNOT READ

AND I DON'T HAVE NOBODY TO HELP ME NO BODY IN HERE KNOW NOTHING ABOUT FEDERAL COURT

PLEASE RESPOND BACK I NEVER GOT A RESPOND BACK ON MY SEPTEMBER 15, 2007 MOTION

I ASK THE COURT TO GIVE ME UNTIL THE END OF OCTOBER FOR MORE TIME TO FILE MY BRIEF. THIS IS THE SECOND REQUEST I NEVER GOT A RESPONSE ON THE SEPTEMBER 15, 2007 DOCUMENTS I FILED.

I'M ASKING THE COURT TO APPOINT ME AN ATTORNEY OR PARALEGAL TO HELP ME ON THIS CASE, BECAUSE I CANNOT READ. AND I TAKE MENTAL MEDICATION THIS IS MY ATTORNEY FAULT OF MAKING ME PLEAD GUILTY WHEN I WAS NOT GUILTY. Ralph Lingo