IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

Ralph Lingo,
    Petitioner,

Vs.

United States of America,
    Respondent.

Civil Action No. 1:07-CV-0388

RECEIVED
2007 OCT 12 A 9:29
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

<u>I, Ralph Lingo, am Asking for a Court Order to be Served
To the United States Marshal Service
Of Middle District, Montgomery</u>

1. The US Marshals at any time they transfer me or to pick me up for any court that I am allowed to carry all my legal court and transcripts of any trial. I ask for a court order in this matter. The US Marshal Service will not let me carry none of my legal paperwork or transcripts. I ask for a court order.

Sincerely,

Ralph Lingo
Ralph Lingo AIS 190083
Dorm D2-2A
PO Box 5107
Union Springs, AL 36089

Notary Public

Sworn and subscribed before me the ___17th___ day of ___September___, 2007.

Notary Public,

Date 9-17-2007

NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: Apr 4, 2011