IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| Ralph Lingo, | ) |
| Petitioner, | ) |
| | ) |
| Vs. | )   Civil Action No. 1:07-CV-0388 |
| | ) |
| United States of America, | ) |
| Respondent. | ) |

### Replying Back to the Attorney Affidavit Richard K. Keith
### My Attorney Affidavit is Not True

1. I promise the court that on 4/14/2003 of Henry County at Ralph Lingo's home it was no search warrant. I, Ralph Lingo, lied to the United States Middle District Southern Division Court because my attorney told me to answer questions. He would nod his head "yes" or "no." I had to do what he say to do or the government will not charge me with perjury. About the clock that I could not see because the pictures were blurry and plus my eyes is bad and I got to wear glasses. I done been examined by the eye doctor. The picture was real blurry and I could not see. This will be all notarized and this is an honest truth. I want my case overturned and I want an honest and fair search warrant hearing. If I lose this hearing I am giving the court notice ahead of time for an appeal. I do ask the court to appoint me an appeal attorney because I cannot read or write. I read on a first grade level and I have problems on that. I am on mental depression medication,. I got serious depression. I cannot focus or think well. Thank you.

Sincerely,

*Ralph Lingo*
Ralph Lingo AIS 190083
Dorm D2-2A
PO Box 5107
Union Springs, AL 36089

Notary Public

Sworn and subscribed before me the __17th__ day of __September__, 2007.

Notary Public,

*Lana L. Anthony*
NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: Apr 4, 2011

Date __9-17-2007__