IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RALPH WILSON LINGO, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v ) | Civil Action No. 1:07cv388-WHA |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

**ORDER ON MOTION**

On October 12, 2007 (Doc. No. 24), the petitioner filed a pleading that this court construes to contain (1) *a motion for appointment of a paralegal or an attorney* and (2) a *motion for extension of time*. Upon consideration of this pleading, and for good cause, it is ORDERED that

1. The *motion for appointment of a paralegal or an attorney* is DENIED at this time.

2. The *motion for extension of time* is DENIED as moot, as on October 10, 2007 (*see* Doc. No. 21), this court granted petitioner an extension from October 3, 2007, to and including November 5, 2007, to file a reply to the government's response to his 28 U.S.C. § 2255 motion in compliance with this court's order entered on June 7, 2007.

Done this 16th day of October, 2007.

                                                             /s/Charles S. Coody
                                                             CHARLES S. COODY
                                                             CHIEF UNITED STATES MAGISTRATE JUDGE