IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RALPH WILSON LINGO, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v | ) Civil Action No. 1:07cv388-WHA |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

**ORDER ON MOTION**

Upon consideration of the "motion for a court order to be served to the United States Marshal Service of Middle District, Montgomery" filed by the petitioner on October 12, 2007 (Doc. No. 25), it is

ORDERED that this motion be and hereby is DENIED.

Done this 16th day of October, 2007.

_/s/Charles S. Coody_
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE