IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

2007 OCT 31  A 9: 52

Ralph Lingo,                    )
      Petitioner,              )
                       DEBRA P. HACKETT, CLK
                       U.S. DISTRICT COURT
                       MIDDLE DISTRICT ALA
      Vs                       )         Case No:     1:07-CV-0388

UNITED STATES of AMERICA, )                 1:05-CV-32
                           )
      Respondent.              )

<u>A Motion to Respond to the Government. I am Not Guilty of These Types of Guns and it
was no Search Warrant. A city Police Officer from Another County and City 25 Miles
Outside of the District and County into Another County with No Search Warrant. And
the Attorney, Kevin Butler and Attorney Richard Keith Misrepresented Ralph Lingo</u>

1. I, Ralph Lingo, cannot read or write.

2. Both attorneys represent Ralph Lingo badly.

3. April 14, 2003, Ralph Lingo's home searched in Henry County.

4. The indictment of the United States of America states my home was searched in
   Houston County. I do not have a home in Houston County or live in Houston
   County.

5. Indictment case number 1:05CR32-A states three (3) guns.

6. Serial numbers do not exist with the manufacturer.

7. The attorney, Richard Keith, did not investigate Ralph Lingo's case. Failed to
   investigate the city of Dothan Property Evidence Receipt of contents.

8. The indictment gun and serial numbers do not match the property evidence receipt
   plus the evidence receipt had been rewritten three (3) times. The chain of custody
   had been broken.

9. The picture of the guns show shotguns. It was no shotguns that had been reported
   any evidence log. Rifle is not recorded on any evidence or log sheet. Out of 15
   guns the city of Dothan turned in three (3) guns. The pictures will show seven (7)
   guns but the guns were taken by Tony Luker of city of Dothan Police Department.

10. The Houston County Clerk, Mrs. Judy Byrd, sent me a letter dated June 24th 2004
    stating it is no search warrant on file.

11. The Henry County Clerk, Gypsy Ethridge, sent a letter dated April 27, 2004
    stating it is no search warrant.

12. A check from the Bullock County Correctional Facility dated 8/20/04, check #18788, totaling $5.00 was sent to the city of Dothan Police Department to find a copy of the search warrant. On October 13, 2004 Melissa Woods, Staff Assistant of Records, did a check for a search warrant or a record of one. On August 11, 2004, Melissa Woods, responded back the second time stating it could not find a search warrant.

13. A check from Easterling Correctional Facility for $5.00 for a copy of a search warrant from Houston County Clerk, Judy Byrd was sent. They responded no search warrant was on file.

14. The attorney, Tammy L. Stinson, was Ralph Lingo's attorney state cases. Tammy L. Stinson had filed a motion to discovery in all evidence that the State got on all cases. A search warrant or an affidavit or a content list was nowhere on record. Tammy L. Stinson wrote a letter to the District Attorney. The District Attorney responded back it was no search warrant on file.

15. February 14, 2005 the Henry County Sheriff, Lawton Ed Armstrong, wrote a letter responding to an ID I sent. The letter stated that Tony R. Luker was never employed as a Deputy Sheriff.

16. March 8, 2005, the Henry County Sheriff, Lawton Ed Armstrong in another response, denied that Tony Luker was ever employed by the Henry County Sheriff's Department. A copy of his ID was sent to him. The letter was a response to the ID that was sent to him.

17. On April 14, 2003 on the Henry County Radio and Log Sheet there is no showing of any police officer at Ralph Lingo's home at any time day or night on April 14, 2003. Also, it does not show that the city of Dothan was ever in the Henry County District. The city of Dothan Radio and Log Sheet it is not a radio and log sheet. The radio and log sheet somebody types in it. It is tampered with by typing with a typewriter. The work report or a time sheet do not show Tony Luker was at Ralph Lingo's home at 4:00 or any time of the day. The pictures were taken in Ralph Lingo's bedroom show Ralph Lingo's clocks on the bed. It also shows the clock was turned off. The clock in the living room somebody set the time and took the batteries out. During the whole time of the search the time never changed. That proves somebody had turned the clock off.

18. I, Ralph Lingo, promise under oath and I remember plugging back up and I remember the batteries were taken out of that clock. The blue clock on Ralph Lingo's wall shown in a picture that clock did not belong to Ralph Lingo. Ralph Lingo did not own that clock, that clock was put in there by Tony Luker.

19. Motion was filed in the Houston County Circuit Court May 25, 2004 was $250,000 taken from Ralph Lingo's savings, under a deadly threat.

20. Evidence in content was taken from Ralph Lingo's home by a city of Dothan Police Officer, Tony Luker, that was a Henry County Sheriff's Badge by stating he was a Henry County Deputy Sheriff. He did not use anything representing the City of Dothan. Tony Luker with the city of Dothan Police Department he acted as a sheriff. The sheriff of Henry County was given a copy of Tony Luker's ID and badge and said that Tony Luker had no right to search my home or to impersonate a peace officer.

21. Tony Luker lied in the United States Federal Court in front of Judge Cooley. Judge Cooley caught Tony Luker lying where he got a search warrant. Tony Luker stated he got the search warrant from Judge White of the Houston County Courthouse. The Houston County Courthouse was under renovation and being remodeled. It was no type of court or no personnel workers at the Houston County Courthouse on 4/14/03. Judy Byrd said Judge White did not have court on that day and she had no record that Judge White had any court during the week of 4/14/03. Judy Byrd stated Judge White worked strictly part-time and her records do not show Judge White being in court the whole week at the MX Courthouse. It was a part-time Courthouse.

Under a motion I ask the Judge to look at the pictures. It will show gun #1, it will show guns #2 and #3, it will show guns #4 and #5. I ask the Judge to look real good at gun #6. It shows a 12-gauge pump shotgun and I ask the Judge to look in back of the gun at my headboard and look at the clock. The clock is not lit up. It is a big red digital clock. I also ask the Judge to look at my headboard and look at the telephone. That telephone come out of my office and I did not put it there. I told my attorney chain of custody had been broken on evidence. There were 15 guns at my home. Three (3) guns were turned in and the serial numbers do not match the city of Dothan's Property Evidence Receipt. At the front door of my home picture #7 shows another shotgun in a case is not recorded but

was taken by the City of Dothan Police Officer Tony Luker. I ask could I see a search warrant over ten (10) times. Tony Luker threatened to spray me a violent way. I pull up in my driveway and two (2) men were standing in the back of the RV pulled guns on me when I drove up. They told me to "get out of the damn vehicle" or "they will blow my head off." I got out of the vehicle and was searched. Two men had their guns pointed at me. They threatened to "blow my damn head off." I did what the two men told me. They did not introduce themselves as police officers. The two men shaked me down, searched my truck, and then told me to walk out in the middle of the field. They told me to not look back or I would be sprayed. The two men were wearing army suits. The two men did not introduce themselves as police officers. About 45 minutes later Tony Luker walked out in the field and wanted my safe combination. I told him that I was not giving it to him without a search warrant. I asked over 10 times to see a search warrant. I was refused every time. My home was searched about 10:30 am on 4/14/03, in Henry County by ABI and the ABI have an army truck with all my office supplies and my brand new $2,500.00 computer. The city of Dothan or the ABI did not give me a receipt for the computer or the serial numbers. No records for the computer have been logged in the evidence room. No shotguns, no deer rifles, and other handguns have been logged in but it was taken by Tony Luker, by using threatening words about spraying me, shooting me and handcuffing me and putting me in the back of the police car if I did not open the safe. Tony Luker stated in court that Vonda Sue Williams did not have a criminal record only a DUI. I got Vonda Sue criminal record in front of me. Vonda Sue had been in State Penitentiary. She has been arrested for serving alcohol to a minor, possession of marijuana, attempting to elude police, theft of property, burglary, armed robbery, and fraudulent checks. Her birth date is 11/11/50. Her Social Security Number is 233847456. She also uses aliases: Vonda Sue Williams, Vonetta Williams; Vonette Williams; Vonda S. Carter. Tony Luker told the court Vonda Williams has been gone ever since 1/2003. She had no right to be in my home. Deborah Tice Blackstone used to Mrs. Lingo, my wife, did no report except on 5/8/03. So Tony Luker could not talk to her before 4/14/03. Deborah had not been to my home for about 9 months. Tony Luker lied about his witness. I also want to advise the court of the United States Southern District the warrant that Tony Luker had gotten on me of all charges in Houston County had not been turned over to the clerk's office. No warrant had been timed or dated of arrest. No clerk had court, please pay close attention to of the misconduct of a police officer by arresting me,

Ralph Lingo, on 5/7/03 in Henry County of Hadley. Tony Luker also took a $35,000 pickup of Ralph Lingo and had it towed back to Dothan. This comes under grand theft of property. It had been no arresting report by taking a vehicle to another county for no reason. Probably $10,000 worth of tools were taken off the truck. $1,000 for three (3) toolboxes were taken by a city police officer during the process he was using a Henry County ID badge. No records where Tony Luker had wrote up by having my truck towed to Dothan. I was never questioned about my tools or never questioned about my truck. When I was locked up in the city jail Tony Luker took my keys off my key ring to my toolbox. He also got the safe combination out of my billfold along with the key to my safe. The police officer, Tony Luker, is doing how he wants to do and is not going by the law. The United States Federal Judge Magistrate Judge Cooley, did not give Ralph Lingo an honest and fair suppression hearing on the search warrant in evidence. My attorney, Kevin Butler, intended to overthrow Ralph Lingo's case for the Untied States Government. The Magistrate Judge Cooley has gotten letters and documents to prove there was no search warrant. There are pictures to prove the evidence of the guns was stolen, chain of custody had been broken. The property was taken by the ABI did not give no written report, no content list, chain of custody was broken. The ABI did not log nothing in evidence room. The ABI or Tony Luker cannot come up with the guns. The United States Magistrate Judge Cooley is not doing an honest job in this matter. Judge Cooley is abandoned the dignity and honesty of the robe by not paying attention knowing Ralph Lingo cannot read or write. Ralph Lingo had got a 1st grade level of reading. The court and the judge used this as an advantage against Ralph Lingo.

The evidence that Judge Cooley got and received from Ralph Lingo of the evidence showing there was no search warrant, the evidence of the serial numbers of the guns did not exist with the gun manufacturers. Ralph Lingo gave the United States Federal Judge Cooley the manufacturers address, telephone number, and fax number. Ralph Lingo gave it to both of his attorneys. They would not do anything that would benefit Ralph Lingo. Ralph Lingo had asked for an appeal attorney on his Rule 2854. Judge Cooley denied his attorney. The Judge known Ralph Lingo cannot do legal work. He cannot read the law books but study our country of the United States, the promised land, the eagle in all. But the United States Southern District of Montgomery Judge Cooley of a Magistrate Judge did not give Ralph Lingo an honest and fair search warrant hearing. I feel like it is favoritism being done between two judges, one judge is a Houston

County Judge named Judge Anderson. Judge Anderson used to date Deborah Tice. He had dated her for a long period. She goes to him to get legal advice. If any case come up with Deborah involved in it he will always try to be the judge. During a Corpus Habeas bond hearing my bond was set at $200,000 by Larry Anderson. When I went to my bond hearing Judge Jerry White asked me what did Larry Anderson have to do with this case. I told the judge that Larry and Deborah used to date. He told me he could not lower my bond without talking things over with Larry Anderson. Also in my trial I asked for a copy of the search warrant. Judge White ordered the Sheriff to take me back to prison at Bullock Correctional Facility. 18 months later I see the search warrant that come through the mail. I feel like it is 3 judges involved in the case. I feel like two judges is doing favoritism for another judge. I feel like Judge Cooley is doing favors for Judge White and Judge Larry Anderson. The evidence I had got about the search warrant is no way this search warrant will stand in a court of law honestly. The case number on the search warrant 02-007881 is a 2002 search warrant. It do not exist nowhere on file after 5 years later the district attorney had not got one. It is no records nowhere. The diary lists from Tony Luker of the officers at my home Tony Luker lied to the court and the court allowed that. The court was using blackmail against Ralph Lingo by a force of plead guilty or I will have perjury charges brought up because the clock you cannot hardly see it. My eyes are bad anyways. The attorney, Richard Keith, told me I did not plead guilty and do what he say do, the government would not perjury charges against me. I did not have no idea I was being questioned by my own attorney. The medication I am on I cannot stand that well. My attorney had no right to question me about the search warrant. By getting me to answer questions by nodding my head up and down and right to left the attorney violated my rights and the court allowed him to do this. I, Ralph Lingo, promise this court Tony Luker never did show me the search warrant and I never saw the search warrant until 18 months later when I was at Bullock County Correctional Facility. Did I have the guns, yes I had the guns. How many guns? 15 guns. Were any guns stolen? No. Were the guns stolen from Ralph Lingo by Tony Luker and the ABI? Yes. Did they turn all the guns in? No, they did not. The pictures will show the officers had took property from Ralph Lingo's home and use it for their own personal use. Judge Cooley knows this. I also told him about Scott Ratherine he is gay. And he lives next door to Tony Luker. Tony Luker went to the doctor and had x-rays of his stomach. The x-rays showed his penis. He brought it home and Scott told me that he was trying to get Scott to look at the

pictures and talk about the penis. Scott got a DUI and have also been in prison in Florida for having sex with little kids. Tony Luker used Scott to get out and find people who were doing drugs and other stuff and in return let Scott go free. He knew Scott had a bad criminal record and had been found guilty. He also knew Scott had 4 DUI's. That's a felony but Luker will get rid of the ticket someway. I cannot look at no laws to represent myself in an appeal. I knew this court will not allow me a search warrant hearing because the court known I am telling the truth. I will fight this case as far as I can fight it. The US Marshals took all my legal papers away from me, they took transcripts this is wrong for the court to allow something like this. B y talking to other inmates that have been in the federal system that the US Marshals take their legal work away from them also. This is wrong. The court knows this is wrong. The Southern District Court sent me to a mental evaluation and kept me right at a year. All legal work done there was taken away from me. Not only had me in a mental hospital but you sent me to work as well. The tests given to me were by a young college student. The doctor never saw me but one time. The tests were over with in a few days I did the tests honest and fair and the best of my knowledge. I am a slow learner. I was put into a Montgomery City Jail with no law books. I was transferred from there to a county jail. No access to a law library. The United States Federal Court in the Southern District violated the constitutional rights to an inmate by not letting me have no legal books. The court do not want you to see no legal books till your case is over with. I had inmates working the law library that did research on the search warrants and the chain of custody on evidence. The chain of custody was broken.

Court, please pay attention, these are the laws that have been broken:
1. The receipt of items
2. The ultimate disposition of the item, transfer destruction or retention.
3. The safeguarding and handling of the item between receipt and disposition; The identification of original real.

I want the court to also take a look at these cases:
Billy Wallace Vs. City of Dothan 497 So. 2d 96 (1986)
Moore Vs. Crocker 852 So. 2d. 89 (2002)

This case is about a search warrant:

United States Vs. Martin 600 F. 2d. 1175

I had these cases to give to Kevin Butler. He did not represent Ralph Lingo honestly and fair. He told me one thing and did another thing. The same thing about Richard Keith. Now on the government respond the men helping me did read a case law to me and the case law read it I withdraw my guilty plea and take it to trial that I could get more time but I got transferred before we could ever get the paperwork together. Here at Bullock I do not know anybody who knows anything about law. I ask the court to give me an attorney. The court refused me. I cannot read a law book. I will give the court evidence why this case ought to be overturned and dismissed all cases dismiss the search warrant and all the other fruits of the illegal search and an officer acting as a deputy sheriff misrepresenting himself. I will give the court a content list, pictures, the clerk letters, copies of the checks, I will name each item for evidence. The evidence hopes to get me trial. Thank You.

Content List for Evidence

These numbers will show evidence, exhibits, pictures. It will show exhibits from 1-25.

Motion of evidence by search warrant from the Henry County Court. It does show a seal stamped and dated December 3, 2004 of the Henry County Clerk.

1. Tony Luker told the court he got the search warrant from the Houston County Courthouse 4th floor.

2. Content list in a search warrant was turned in to Henry County. It does show a seal stamped 18 months later. Tony Luker said he turned the search warrant in to Houston County.

3. I want to show the court on June 24, 2004 Houston County knew nothing about the search warrant. Judy Byrd, the clerk, wrote a letter stating this.

4. Look at picture #4. You see one gun. Look at picture #5 and #6. You have three guns. You will see 4 pistols. Nos. 5, 6, 7, 8 you will see 2-.380's you will see 1 black .380 you will see 1-.25 automatic. No. 9 look at the shotgun. No 10, look the shotgun in the case, number 4 explains all about the guns. The pictures and facts of the evidence.

5. On the list all 3 serial numbers from the city of Dothan inventory:
    a. Jennings Model 48     809158 Silver
    b. Jennings Model T38   1422059 Black
    c. Phoenix Arms Raven 909644 Silver

6. On the indictment of the federal case no 1:05CR32-9 on the content list of the City of Dothan do not show a serial number 3095413.

7. On the City of Dothan content list in the indictment it shows T380, .380 serial number 1422059 that is the sonly serial number that is on both copies, indictment and content list. The shotgun is not recorded, rifles are not recorded, other handguns are not recorded, $25,000 computer is not reported in the evidence room or reported on content sheet that or the serial numbers.

8. Number 8 will show 3 content lists violating the chain of custody. Look on evidence sheet where it is circled. It is not marked for a search warrant. The other inventory list will show a search warrant.

9. Radio and log sheets from Henry County Sheriff's Department dated 4/14/03 from number 37A-KFD664

10. Tony Luker ID card from Henry County Sheriffs Department. Shows Tony Luker is a Deputy Sheriff. On the fingerprint card Tony Luker signed his name where the sheriff is supposed to sign. Shows badge number 322 dated 8/13/91.

11. Look at exhibit 11 dated 2/14/05. Letter from Lawton Ed Armstrong stating Tony Luker was never a Deputy. The ID card was sent to Sheriff Armstrong of Henry County.

12. Look at exhibit 12 dated March 8, 2005 from Lawton Ed Armstrong of Henry County. The letter plainly states that Tony Luker never was a Deputy in Henry County and should never have had an ID.

13. Letter from Tammy L. Stinson dated August 12, 2004. The letter states it is no search warrant on file. The city of Dothan, Tony Luker, police officer could not give no search warrant to the Clerks office.

14. Dated August 11, 2004 letter states there is no search warrant.

15. Letter dated October 13, 2004, where a check had been sent for $5.00 to buy a copy of the search warrant. This is the 2nd time and no search warrant was filed.

16. Will show Vonda Sue Williams picture of her when she was a prisoner – Social Security Number 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, DOB 11/11/50

17. & 18. Will show Vonda Sue Williams criminal background.

19. Dated 3/23/04 Asking the clerk for a copy of the search warrant.

20. Asking clerk for a copy of the search warrant.

21. Dated 4/5/04 asking for copy of the search warrant.

22. Dated 6/28/04 Asking clerk for copy of the search warrant.

23. Will show low levels in reading (1.9), math (1.9), language (1.1), and spelling (1.1).

24. Federal Indictment. It will read my home in Houston County and also reads wrong serial numbers as well.

I, Ralph Lingo, promise the court everything is true in the best of my knowledge.

Sincerely,

*Ralph Lingo*

Ralph Ling AIS #190083
PO Box 5107
Union Springs, AL 36089

Date. 9-17-2007

Form CR–1–b                RULES OF CRIMINAL PROCEDURE

*Case Number.* 02-007881    **FORM CR–1–b    SEARCH WARRANT**

| State of Alabama Unified Judicial System | **SEARCH WARRANT** | Case or Warrant Number |
|---|---|---|
| Form CR-1-b    Rev. 4/9 | OCT 31 | X |

IN THE _____ COURT OF _____, ALABAMA
*(Circuit, District, or Municipal)*          *(Name of County or Municipality)*

☐ STATE OF ALABAMA
☐ MUNICIPALITY OF _____    v. _____
                                                                          **Defendant**

**TO ANY LAW ENFORCEMENT OFFICER AUTHORIZED TO EXECUTE THIS WARRANT:**

On this day, _____, proved that he (she) has
                                        *(Name)*

probable cause to believe and does believe that (Description of property to be searched for) _____

_____

_____

_____ is presently located or concealed in or upon (Description of the person,

place, premises and/or vehicle to be searched) _____

_____

_____

_____

The property (Check applicable ground(s)):

    ☐  was, or is expected to be, unlawfully obtained;

    ☐  was, or is expected to be, used as the means of committing or attempting to commit an offense contrary to the laws
       of the State of Alabama or a political subdivision thereof, to-wit: _____;

    ☐  is, or is expected to be, in the possession of another with intent to use it as a means of committing a criminal offense,
       or is, or is expected to be, in the possession of another to whom it was delivered for the purpose of concealing it or
       preventing its discovery;

    ☐  constitutes, or is expected to constitute, evidence of a criminal offense under the laws of the State of Alabama or a
       political subdivision thereof, to-wit: _____

NOW, THEREFORE, by virtue of the authority given to me by Rule 3, Alabama Rules of Criminal Procedure
(Ala.R.Crim.P.), you are hereby commanded to make a search of the above-described person or premises ☐ IN THE
DAYTIME  ☐ AT ANYTIME OF THE DAY OR NIGHT and within ____ days (not to exceed 10 days) in
_____, Alabama, for the above-described personal property and to make due return
of this Warrant, along with an inventory of any property seized, to the undersigned as required by Rule 3, Ala.R.Crim.P.

ISSUED to _____ at ____ o'clock ____ M. on this the _____

day of _____.

_____
Judge/Magistrate

*EXHiBiT, FoR* ¹ (02-007881)

346



# JUDY BYRD

**CIRCUIT CLERK**
**AND**
**DISTRICT COURT CLERK**
**HOUSTON COUNTY**
**DOTHAN, ALABAMA 36302**

Elaine Love
Chief Clerk

(334) 677-4858
P.O. Drawer 6406

Mr. Ralph Lingo
Easterling Correction Facility
200 Wallace Drive
Clio, AL   36017

Mr. Lingo:

We are in reciept of you letter filed in our office on June 24, 2004.  You

requested a copy of a Search Warrant for a search performed on April 14, 2003

of your home in Henry County.

After a thorough search of our records in Houston County Clerk's office,

we find no Search Warrant in your name or for any property in Henry County.

As we have previously advised you of our search, and we found nothing, you

may want to check with the Henry County Records Department and see if they

may have what you are requesting.

Very truly yours,

Judy Byrd
Circuit Clerk
Houston County Alabama

EXHIBIT 3

# SEARCH WARRANT

(X) State of Alabama



( ) Municipality of The City of Dothan

Case Number: 02-007881

STATE OF ALABAMA
Henry County

## TO ANY LAW ENFORCEMENT OFFICER WITHIN THE STATE OF ALABAMA:

Affidavit in support of application for a search warrant having been made before me, and the Court's finding that grounds for the issuance exist or that there is probable cause To believe that they exist, pursuant to Rule 3.8, Alabama Rules of Criminal Procedure, you are hereby ordered and authorized to forthwith search:

THE FOLLOWING PERSON OR PLACE:

(1) **10666 Highway 431 South, Newville Alabama.** To further describe this property, it is located on what is known in the community as Hatfield Mountain. On this property is a wooden frame house, a singlewide mobile home and a doublewide mobile home. The doublewide mobile home is Lingo's office/residence. When entering the driveway, drive past the wooden frame house and the single wide mobile home to Lingo's doublewide mobile home which is light in color.

(2) A White 2001 Dodge Pick-up VIN 1B7KC23691J214346.

(3) Any and all safes located inside Lingo's office/residence.

FOR THE FOLLOWING PROPERTY: Hand Guns, Audio Tapes, Business Records pertaining to Lingo's Mobile Home Repair and make return of this warrant and an inventory of all property seized there under before me within 10 days (not to exceed 10 days) as required by law.

(X) The Court find probable cause to believe that a nighttime search is necessary, and this warrant may be executed nighttime search is necessary, and this warrant may be executed at any time of the day or night.

ISSUED TO: SGT TONY R. LUKER, Dothan Police Department, on this 14th day of April 2003.

_____
JUDGE/MAGISTRATE

*see EXiBit* →

APPLICATION AND AFFIDAVIT FOR A NO KNOCK SEARCH WARRANT

*see.* →   Case Number  03-003058

## STATE OF ALABAMA,
## HENRY COUNTY

Before me, Judge _____, the undersigned authority, personally appeared Sgt. Tony Luker, who being by me first duly sworn, deposes and says:

(1) I am Sgt. Tony Luker, of the Dothan Police Department. I am currently assigned to the Criminal Investigation Division as a Sergeant. I am also a State Certified Fire Investigator. The testimony contained in this affidavit is based on three independent witnesses, my personal knowledge and experience as set forth below.

(2) I have been employed with the City of Dothan Police Department for the past 19 years and have been involved in the investigation of several arsons and business fraud cases.

(3) I am investigating several cases involving Ralph Wilson Lingo for arson and theft of property by deception in both Houston and Henry County as well as in the States of Alabama, Georgia and Florida. This investigation is in conjunction with the State Of Alabama Fire Marshall's Office.

4) Ralph Lingo has an extensive Criminal History for the following charges: Assault Second Degree, Theft of Property Second Degree and Receiving Stolen Property Second Degree. He has been convicted of Arson Third Degree, Criminal Mischief Second Degree and Assault Third Degree. The Assault Third Degree was a conviction of a lesser included offense of Sexual Abuse First Degree.

(5) Lingo has business records, which are kept throughout the mobile home and in filing cabinets, which reflects contracts that he has altered and increased the amount owed to him. Lingo preys on the elderly and when they question the amount he threatens them into paying him. These records are located at Lingo's office/residence that is located at 10666 Highway 431 South in Newville Alabama. To further describe this property, it is located on what is known in the community as Hatfield Mountain. On the property there is a wooden frame house, a singlewide mobile home and a doublewide mobile home. The doublewide mobile home is Lingo's office/residence. When you enter the driveway of the residence, drive past the house and singlewide mobile home to the light colored doublewide mobile home of Lingo's.

(6) Lingo has also conspired with another individual in Luverne, Alabama to burn a trailer for insurance purposes. Lingo collected $5,000.00 from this individual. Lingo has

346

made a taped conversation of him and this individual talking about the conspiracy, as well as directions to the trailer.

(7) There have been several taped conversations between Lingo and different individuals on criminal activity, which is kept at Lingo's office and in a safe.

(8) This safe contains proceeds of Lingo's criminal activity, files, tapes and guns.

(9) Also located in Lingo's office/residence are several loaded weapons to include two 380 handguns located on each side of his bed in the bedroom. A 380 located next to a green recliner in the living room. A derringer on an end table in the living room. In the middle room of the mobile home are several shotguns and rifles.

(10) Lingo is also known to carry a handgun on his person or in his vehicle, a 2001 Dodge pick-up VIN 1B7KC23691J214346. Lingo uses this vehicle to facilitate his criminal activity.

Affiant shows that based on the above and forgoing facts and information, Affiant has probable cause to believe that the above described property is concealed upon the aforesaid premises, person, and vehicle and is subject to seizure and makes this affidavit so that a warrant may be issued to search said premises, person, and vehicle.

Sworn to and Subscribed before
me this 14th day of April 2003.

_____
Signature of Affiant
Dothan Police Department

_____
JUDGE/MAGISTRATE

```
                        STATE OF ALABAMA
                   DEPARTMENT OF CORRECTIONS
                   EASTERLING CORR. FACILITY
MAY. 06, 2004          INMATE WITHDRAWAL        TRANSACTION#: 2004004011


AIS NUMBER: 190083          LINGO, RALPH                    BED: 7A 134

CHECK NUMBER: 14020               REASON:  LEGAL DOCUMENTS

    $116.35   PREVIOUS BALANCE

      $5.00   LESS WITHDRAWAL        PAID TO: JUDY BYRD ,CLERK

    $111.35   CURRENT BALANCE
```

*(EXhiBiT 9)*

# OFFICIAL RADIO LOG – HENRY COUNTY SHERIFF'S DEPARTMENT
## 37A – KFD 664

DISPATCHER: *Mobley- Scott*          DATE: *April 14, 2003*
*Pg. 1*

| TIME | FROM | TO | DISPATCH |
|------|------|-----|----------|
| 9:35 | 04 | 50 | 10-8 10-15 X/M 10-84 |
| 10:29 | | | Leola from Clay County advised, received cell phone call (740-5160) - Re: Someone has passed out attending funeral-Lakeside Church on Cty Rd. 97. Prd. A.P.D. who advised already have 10-18. Rescue enroute. |
| 11:55 | Sanders | 50 | Sig 3.2 - 329 CR 206 Carl Clements. Neg answer by ph 693-2940 - 3708 10-84 from CH |
| 2:15 | 3708 | 50 | 10-23- Clemments Residence |
| 2:20 | 04 | 50 | everything 10-4  10-8 |
| 2:35 | 04 | 50 | 10-15  / RM  10-84  to West Jefferson |
| :34 | 02 | 50 | 10-8 10-84  CH    82087 |
| :38 | 02 | 50 | 10-23 Courthouse- ending mi 82087 |
| :10 | 06 | 50 | 10-8 10-41 |
| :50 | 04 | 50 | out at Donalson |
| 15 | 04 | 50 | 10-8 Donalson Prison, B'ham |
| | | | |
| | | | |
| | | | |
| | | | |

*10 EXHIBIT*



Henry County
# Sheriff's Dept.

This is to verify that

TONY LUKER

is a duly appointed Deputy Sheriff
of Henry County, Alabama

Lawton Ed Armstrong, Sheriff

322

Badge #

08-13-91

Date

## HENRY COUNTY SHERIFF'S OFFICE

Know All Men By These Presents:
That I, Lawton Ed Armstrong, as Sheriff
of Henry County, under and by virtue of
the authority conferred on me by the stat-
utes in such cases, made and provided,
do hereby constitute and empower
sworn   Tony Luker   as a
Deputy Sheriff   in and
for Henry County to act for me and in my
stead to enforce the law and to execute
any legal papers placed in his hands.

Given under my hand this   13   day,
of   August   19 91

SIGNATURE

| DOB | | BLOOD TYPE | |
|---|---|---|---|
| | | AB+ | |
| HEIGHT | WEIGHT | HAIR | EYES |
| 5'11" | 200 | bro | blu |
| LEFT THUMB | | RIGHT THUMB | |



# Sheriff — LAWTON ED ARMSTRONG — HENRY COUNTY

February 14, 2005

Mr. Ralph Lingo   AIS# 190083
Draper Correctional Facility
P. O. Box 1107
Elmore, Alabama 36025

Dear Mr. Lingo:

I am writing in response to your letter dated February 10, 2005. In response to your letter, please be advised that Officer Tony R. Luker is employed with the City of Dothan Police Department as a Detective. He has never been employed with this department as a Deputy Sheriff. Also, I must advise you that I am unfamiliar with the case that you wrote me about, and also I am unfamiliar with the remaining portion of your letter.

If I can provide you with any further assistance, please feel free to call me.

Sincerely,

Lawton Ed Armstrong, Sheriff

101 W. Court Sq., Suite G • Abbeville, Alabama 36310 • 334-585-3131 / 334-585-5571



**Sheriff** LAWTON ED ARMSTRONG — HENRY COUNTY

*(EXhiBit 12)*

March 8, 2005

Ralph Lingo   AIS 190083 C-3-34
P. O. Box 1107 DCF
Elmore, Alabama  36025

Dear Mr. Lingo:

I am in receipt of your letter dated March 7, 2005.  Please be advised that Detective Tony Luker, to my knowledge, has never been employed by the Henry County Sheriff's Department, and has never held any type of position with this department.  Detective Luker does not have a Henry County Sheriff's Department badge to any of my knowledge, nor has he ever been issued one.  As I stated in a previous letter to you, Detective Tony Luker is employed with the City of Dothan, Alabama, as a Detective. He has been employed with that department for quite some time.

Sincerely,

Lawton Ed Armstrong, Sheriff

101 W. Court Sq., Suite G • Abbeville, Alabama 36310 • 334-585-3131 / 334-585-5571

# STUDENT SCHEDULE

*Exhibit, 23*

**Lingo, Ralph**          (W) AIS: 190083      SS# 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    **DOB:**  **2/4/1962**

Computer Schedule:     Lexia          Day:  M & W      Periods 1 and 2      Terminal: 6

| Period | Subject | | Tutor |
|---|---|---|---|
| Periods 1 and 2 | Language | Unassigned | Means, John Thomas III |
| Periods 3 and 4 *9:15 A.M* | Math | Basic | Bowman, Rebel |
| Periods 5 and 6 | Reading Comp | Unassigned | Bush, Charles |

| TABE | E7 | Reading | Math | Language | Spelling |
|---|---|---|---|---|---|
| | | 1.9 | 1.9 | 1.1 | 1.1 |

Dothan Police Department
Property-Evidence Receipt
210 N St. Andrews St. Dothan. Al.. 36303
(334-793-0261)

Name of Person/Company Property-evidence Received From
_Ralph Lingo_

Street Address, City, State, Zipcode and Telephone Number
_10160 0 Hwy 431 S. Newville Al_

Date-Time/Name and signature of Person Releasing Property
_4-14-03 @ 1714   Theresa LoSzen_

Property-Evidence Received By Officer  Name/ID/ Date/Time
_S.A. Ott Jr. - 322   4-14-03 @ 1714_

Reason for Property Transfer:   Circle One

_see evidence_   Recovered Stolen Property   (Evidence)   Other  (Specify Below)

Remarks:

Description of  Items-

| Type of Item | Model | Serial Number | Finish/Color |
|---|---|---|---|
| 1-Jennings Model | 48 | 804158 | Silver |
| 1   "    "    " | 48 | 1422 CSS | Blk |
| 1-Phoenix Arm Laven | 9C414148 | | Blk |
| 1-Drawer File cabnet w/Assorted busness files | | | Silv. / #3095413, Ralph |
| 1   "    "    "    "    "    "    " | | | |
| 1 Box Ass. floppy disks | | | |
| Assorted audio tapes | | | |
| Assorted Busness files on hold: | | | |
| 1-Hewlett Packard Comp. (Refuses) to sign | | | |
| Assorted VCR tapes | | | |

Additional Remarks: _Taken 1-white box w/Assorted files from the person of Ralph Lingo_

ATTACHMENT "3"

*Exh~ #1*

**Dothan Police Department**
**Property-Evidence Receipt**
210 N St. Andrews St. Dothan. Al.. 36303
(334-793-0261)

Name of Person/Company Property-evidence Received From

Ralph Lingo

Street Address, City, State, Zipcode and Telephone Number

10 Cobia Hwy 431 S. Newville AD

Date-Time/Name and signature of Person Releasing Property

4-14-03 1714 X Refused to signed

Property-Evidence Received By Officer. Name/ID/ Date/Time

Sgt Jones J. Sen 322 - 4-14-03@ 1714

Reason for Property Transfer:    Circle One

Recovered Stolen Property     (Evidence)     Other  (Specify Below)

*See eVidence*

Remarks:   Per Search Warrant

Description of  Items-

| Type of Item | Model | Serial Number | Finish/Color |
|---|---|---|---|
| 1. Jennings Model 48 | | 807158 | Silver |
| 1     "         " | J-38 | 1422059 | Blk |
| 1  Phoenix Arm  Knen | | 4501248 | S/W |
| 1 5drawer file cabinet w/ Assorted files business | | | |
| 1 2 drawer file cabinet w/ Assorted files business | | | |
| 1 Box w/ Assorted floppy disc | | | |
| Assorted Audio Tapes | | | |
| Assorted Business files on holder | | | |
| 1 Hewlett Packard Computer- Refused to sign | | | |
| Assorted V... tapes | | | |

Additional Remarks: Take 1- a nite box w/ Assorted Pills from the person Ralph Lingo

*EXHIBIT*



## RETURN AND INVENTORY

I certify that I executed the foregoing Search Warrant as directed by searching the person or place described at 10666 Highway 431 South, Newville Alabama, Any and all safes inside Lingo's office/residence and a White 2001 Dodge Pick-up VIN 1B7KC23691J214346, at approximately, 4:20 p.m. on the 14th day of April, 2003.

( ) Did not find and seize any property located thereon.

(x) Found and seized the following described property and made return of same to the Court at 5:0 o'clock (a.m/p.m.), April 16, 2003:

    (1) 1-Jennings Model #48 silver pistol Ser # 809158
    (2) 1-Jennings Model T38 black pistol Ser # 1422059
    (3) 1-Phoenix Arms Raven 25 Auto Ser #3095413    *see 9096448*
    (4) 1-5 Drawer File Cabinet w/assorted business files
    (5) 1-2 Drawer File Cabinet w/assorted business files
    (6) 1-Box w/3 1/2 Floppy Disk
    (7) Assorted Audio Tapes
    (8) Assorted Business Files on Metal Holder
    (9) 1-White Pill Bottle w/assorted pills

( ) Copy of warrant and endorsed copy of inventory left in accordance with Rule 3.11(a), Alabama Rules of Criminal Procedure.

(X) Copy of warrant and inventory given to defendant,

Date: 04/16/2003
Signature of Law Enforcement Officer
Title and Agency

Sergeant Tony Luker
Dothan Police Department

*see Exhibit* →

*see evidence* →

Case 1:07-cv-00388-WHA-CSC    Document 30-5    Filed 10/31/2007    Page 4 of 4
Case 1:07-cv-00388-WHA-CSC    Document 4-2    Filed 06/06/2007    Page 1 of 2
Case 1:05-cr-00032-WHA-CSC    Document 1    Filed 02/09/2005    Page 1 of 2

FILED

IN THE DISTRICT COURT OF THE UNITED STATES    FEB - 9 2005
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

UNITED STATES OF AMERICA        )
                                )
        v.                      )        CR. NO. __1:05CR32-A__
                                )        [18 U.S.C. 922(g)(1)]
                                )
RALPH LINGO                     )
                                )        INDICTMENT

GOVERNMENT'S
EXHIBIT
4

The Grand Jury charges:

COUNT 1

That on or about April 14, 2003, and prior thereto, in Houston County, Alabama, within the

Middle District of Alabama,

RALPH LINGO, *evidence*

defendant herein, having been convicted on or about March 2, 1983, in the Circuit Court of Houston

County, Alabama, of the felony offense of Receiving Stolen Property, Second Degree (Case No. CC

82-798), that is a crime punishable by imprisonment for a term exceeding one year under the laws

of the State of Alabama, did knowingly possess in and affecting commerce the following firearms,

which the defendant had stored in his safe:

(A)    One (1) Phoenix Arms, Model Raven, .25 caliber, semi-automatic pistol, serial

*see, evidence →* number 3095413;

(B)    One (1) Bryco Arms, Jennings, Model 48, .380 caliber, semi-automatic pistol, serial

number 809158; and

(C)    One (1) Bryco Arms, Jennings, Model T380, .380 caliber, semi-automatic pistol,

serial number 1422059;

*evidence*