IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA.
SOUTHERN     DIVISION

RALPH Lingo.              Civil Action No. 1:07-CV-0388
    Petitioner.
V.

UNITE STATES OF AMERICA,
        Respondent,

A motion For The COURT A SWORN AFFIDAVIT
BY Ralph Lingo have never seen A
Search Warrant Date: 4-14-2003. Time: 9:30 A.M or
10:30 A.M : THE LAW OFFICE OF TAMMY L. STINSON
August 12, 2004 I have sent a copy of all
documents I received from the District Attorney's
office, The affidavit and Search Warrant should
have been included,

            Ralph Lingo A. is 190083
            Dorm K4-Bed 2A
            P.O. Box 5107
            Union springs. AL 36089-5107

        Ralph Lingo
        Date 10-29-2007    A is #190083 = Dorm K4-2A

Ralph Lingo, A. 5 # 190083 = K4-2A
P. O. Box 5107
UNION SPRING, AL 36089-5107

(Legal Mail)

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
P. O. BOX 711
MONTGOMERY, ALABAMA 36101-0711

$ 006.0

*Exhibit. 13*

# THE LAW OFFICE OF
## TAMMY L. STINSON
313 N. FOSTER ST, SUITE 1 / P.O. BOX 756
DOTHAN, ALABAMA 36302
334-699-2143(OFFICE) 334-699-2221 (FAX)
tammystinson@graceba.net

ERIN DORENKOTT
LEGAL ASSISTANT

August 12, 2004

Easterling Correctional Facility
Attn: Ralph Lingo #190083
P.O. Box 10
Clio, AL 36017

Dear Mr. Lingo:

I am in receipt of your letter postmarked August 6, 2004. At this time, I will address the questions and comments included in your letter. In regard to your case in Henry County, I only did want you ask me. In your letter dated June 15th, for instance, you demanded that I withdraw from all of your cases. Therefore, since you requested that action, I did file a Motion to Withdraw in Henry County. As far as Houston County is concerned, Judge White is out of the county at this time, however, as soon as he returns, I fully intend to talk with him about this situation. I will notify you immediately of the outcome.

In regard to the discovery on your case, I have sent you a copy of all documents I received from the District Attorney's office. The affidavit and search warrant should have been included, however, in researching my copies, I do not find copies either. Since I am still your attorney at this time, I have written the District Attorney to request that those documents be made available to the defense. I have enclosed a copy of that letter for you records.

I am aware that you want me to subpoena the phone records from the county jail and I intend to do that.

In regard to your case in Barbour County, you stated that I left you hanging, however, as I have explained to you several times that you lost that appeal because you did not file in a timely manner. If you will remember, I even sent you the response from the Criminal Court of Appeals with the denial reason highlighted. I was not involved in your case at the time the appeal was filed. Therefore, the outcome is not a result of action on my part. As soon as I received notice on the decision, I forward said information to you immediately. Therefore, I do not understand why you claim that it took me six months to notify you.

#16.P

IN THE CIRCUIT OF HOUSTON COUNTY, ALABAMA

RALPH W. LINGO

V.

STATE OF ALABAMA                          CASE No. C.C.03-1339,40  JMW

### MOTION TO PRODUCE

Comes now the Defendant RALPH W LINGO ProSe, with this above- styled cause, defendant will show the court as follows:

1) Defendant's house was searched by City of Dothan Investigator Tony Luker on 4-14-03 pursuant to a search warrant issued by Judge White.

2) Defendant asks this court to produce a true and correct copy of the search warrant and the Affidavit in support of the Search Warrant.

3) Defendant asks this court to provide him with the documents he has requested within THIRTY (30) DAYS or ORDER ATRIAL HEARING to show cause why the Documents are not Produced.

### CONCLUSSION

Wherefore;
    Defendant prays that this Honorable Court take jurisdiction in this matter and grant Defendant's Motion. Or.... in the alternative order a TRIAL HEARING so oral argument can be made in support of this Motion.

Respectfully submitted on this 29th day of April2004

Ralph W Lingo
RALPH W. LINGO



FILED
APR 30 2004

JUDY BYRD, CLERK
HOUSTON CO., AL

Date 3-9-04

Ralph Lingo #190083
E.C.F. 9A-66
200 Wallace Dr
Clio, Al. 36017

Honorable Court Clerk
        I am writing to request that you
provide me with copies of the following documents

① Search Warrant
② Affidavit in support of Search Warrant
③ Inventory of all items seized.

    I do not know the case # but the warrant
was executed on 4-14-03 at Highway 431 South
in "Newville"
        Thank you in advance
                    Sincerely & Respectfully

                        Ralph L Lingo
                        Ralph Lingo # 190083

Mr. Lingo

    We need more information, what was the charge, who was the Judge, anything
to help identify the case your are asking about.

                        Judy Byrd, Clerk
                        P. O. Drawer 6406
                        Dothan, Alabama   36302

Judge White

PLEASE STAMP THIS BY THE COURT AND KEE
ONE ON FILE MRS. JUDY BYRD. AND WILL YOU
SEND ME A COPY BACK STAMP. THANKS,

8-2-04
_____
Date

Inmate's Name: *Ralph Lingo*        AIS# 190083

OFFICE OF THE CLERK
*JUDY BYRD  Houston* County Circuit Clerk        (EXhiBiT, 25)
*Dothan·AL*         , Alabama

To Whom It May Concern:

I am presently preparing to pursue possible post-conviction remedies in Case #'s CC-03-599
CC-03-1339,  CC-03-1340                    . There are
some documents that I am in need of from your office to assist me in the preparation
of my post-conviction remedy.  These documents, or at least some of them, may have
been furnished previously; however, I am constrained because of circumstances
beyond my control and must request that I be sent them at this time.
It is already established in the Circuit Courts that I am indigent, and my status has
not changed.  I make this request pursuant to the Code of Alabama, 12-17-94;
Article I, Section 6 of the Alabama Constitution; The Open Records Statute of the
Code of Alabama, 36-12-40; The Alabama Rules of Criminal Procedure; and the
First and Fourteenth Amendments of the U.S. Constitution, providing me with
access to the courts, due process and equal protection of the laws. If you are unable
to provide me with the below listed documents, please explain to me why I can't
have them.

                Please provide me with a copy of the following documents:
___X___ (1) Case Action Summary Sheet
___X___ (2) Record of Transcript/Conviction Report            Mailed copies out
___X___ (3) Arrest Report                                     of CAS's
___X___ (4) Police Investigator's Report                      Arrest Report &
___X___ (5) Indictments/SEARCH WARRANTS/AFFIDAVITS            Indictments &
___X___ (6) Notice of Intent to Enhance as HFOA status        Plea Agreements
___X___ (7) Plea Agreements                                   on 8-30-04
___X___ (8) "Ireland" Forms
___X___ (9) Complaints/Affidavits
___X___ (10) Any and all pre-trial motions
In short, please send me the entire Clerk's record and/or the Circuit Court's file for
the above cited case number(s).  These documents are important to me. Your
earliest and most serious attention to this request is most appreciated.
Thank You.

Sincerely,                                      **FILED**

*Ralph Lingo 8-2-04*                            AUG 03 2004

                                                *Judy Byrd*

RE: SEARCH WARRANT

RALPH LINGO #190083
E.C.F. 7A-134
200 WALLACE DRIVE
CLIO, ALABAMA. 36017

HON. JUDY C. BYRD
I am writing this letter to request that you furnish me with a copy of the search warrant, and the affidavit in support of the search warrant that was executed on my house on 4-14-03. I am enclosing payment for these documents. Thank you in advance for your time, consideration and any assistance you may provide in this matter.

Sincerely & Respectfully:

*Ralph L Lingo*

RALPH LINGO # 190083

The search warrant was obtained by Sgt. Tony Luker of the Dothan Police Department; and was endorsed by Judge White. It was executed on 4-14-03 at my home located at 1066 Hwy. 431 South, Headland, Al. 36345

EXhiBit, 20

Date 3-9-04

Ralph Lingo #190083
E.C.F. 9A-66
200 Wallace Dr
Clio, AL 36017

Honorable Court Clerk
        I am writing to request that you
provide me with copies of the following documents

① Search Warrant
② Affidavit in support of Search Warrant
③ Inventory of all items seized.

    I do not know the case # but the warrant
was executed on 4-14-03 at Highway 431 South
in "Newville"
        Thank you in advance
                        Sincerely & Respectfully

                        Ralph L Lingo
                        Ralph Lingo # 190083

Mr. Lingo

    We need more information, what was the charge, who was the Judge, anything
to help identify the case your are asking about.

                        Judy Byrd, Clerk
                        P. O. Drawer 6406
                        Dothan, Alabama   36302

Judge White
    1

RALPH LINGO #190083

E.C.F. 7A-134

200 WALLACE Dr.

CLIO, Al. 36017

Hon. Judy Byrd;

I am writing this letter to request that you furnish me with a copy of the Search Warrant and the Affidavit in Support of Search Warrant that was obtained by Sgt. Tony Luker of the Dothan Police Department. The Search Warrant was endorsed by Judge White and executed on 4-14-03 on my home located at 1066 Highway 431 South, Headland, Alabama 36345.

Thank you in advance for your time, consideration and any assistance that you may provide in this matter.

Sincerely & Respectfully

*Ralph Lingo*

RALPH LINGO # 190083

5-17-2004

P.S. I am enclosing payment for these documents.

5-17-2004

Mr. Lingo,

After searching for a search warrant with your name as the defendant, it appears that our office does not have any record of a search warrant that was executed on 4-14-2003.  If your address is in Henry County, the search warrant could have been filed at the Henry County Circuit Clerk's Office.

Judy Byrd
Circuit Clerk
P. O. Drawer 6406
Dothan AL  36302

Jammi Steele

Ce 2003-1339
Co 2003-1340

3-31-04

Ralph Lingo #190083
E.C.F. 9A-66
200 Wallace Dr.
Clio, Al. 36017

Hon. Judy Byrd:

I am writing this letter in response to a letter I received from you today concerning a request I filed in court on 3-25-04.

Your response was that I need to request the info. from my attorney; well I do not have any attorney on this matter as of yet, that is why I made my request to the courts. If neccessary once I am provided with a case # I will submit all request in a Motion Format.

The information I am requesting is vital to my being able to prepare my defense.

① Search Warrant
② Affidavit in support of Search Warrant
③ Inventory of all items seized.

Thank you in advance

FILED

APR 02 2004

Sincerely
Ralph Lingo
Ralph Lingo

Judy Byrd
JUDY BYRD, CLERK
HOUSTON CO., AL

* Return Receipt Requested and verified *

\* Please Stamp and
Keep on File. \*                    EXhiBit 19

            Date 3-23-04            Ralph Lingo #190083
                                    ECF 99-66
                                    200 Wallace Dr.
                                    Clio AL 36017

    Honorable Court Clerk
            I am writing this letter to request
that you provide me with a true and correct
copy of the following documents.

① Search Warrant
② Affidavit in Support of Search Warrant          **FILED**
③ Inventory of all seized.

                                    MAR 23 2004

                                    JUDY BYRD, CLERK
                                    HOUSTON CO., AL

    The Warrant was signed by Judge White and was
executed on 4-14-03 and my home located at
Highway 431 South in Newville in Henry County
        Thank you for your time and assistance

    The Warrant was executed             Sincerely
by Investigator T. Luker of the         Ralph Lingo
Dothan Police Department                Ralph Lingo

    I live in Henry County but the warrant was
issued in Houston County according to the Circuit
Court Clerk of Henry County

\* Return Receipt Requested and Verified \*

EXhiBit, 21

4-5-04

Ralph W. Lingo #190083
E.C.F. 9A-66
200 Wallace Dr.
Clio, Al. 36017

Re: Search Warrant.

Hon. Connie Burdenshaw
    I am writing this letter as a written request to ask for a hearing concerning a search warrant that was signed by Judge White, and executed on 4-14-03 on my home in Abbeville, Al. at 5:14 pm.
    Due to the fact that the search warrant was signed by Judge White in Henry County, I want a Trial Hearing in Henry County, to determine if it was a legal search, since there was not a representative from the City of Abbeville or Henry County, present at the time the search was conducted.
I request a Hearing within Thirty (30) days
Thank you in advance

Respectfully.

Ralph Lingo
Ralph Lingo

APR 2004
FILED IN OFFICE
CIRCUIT CLERK
HENRY COUNTY, AL
3124

* Please Stamp and return copy to me Keep Original on file *

*Exhibit, 22*

PLEASE STAMP this letter with
the Clerk Seal and return it
with your responce.

6-28-04

ATT. GYPSY Ethridge

To Circuit Court HENRY County:

My NAME IS Ralph Lingo, I'm writing About A Search
WARRANT AND the Affidavit for the SEARCH WARRANT. that
WAS suppose to have been Issued AND sign by Judge
White ON Date 4-14-03. I do NOT KNOW if it's True
or NOT because I haven't seen A Search WARRANT. So
far Henry or Houston County haven't Come up with A
Search WARRANT. I have Ask both counties to re-check
thier files to see if they were over look. If A WARRANT
WAS sign by A Judge in Henry County, wouldn't it be
ON file in HENRY County? If the City of Dothan came to
Henry County AND got A SEARCH WARRANT would it be on
file? Will Henry County have it ON file in thier Court?
If A SEARCH WARRANT WAS issued would it be sign AND date
AND kept on file? The Day the SEARCH WARRANT WAS returned
would it have A STAMP of date? Would the Court have to
STAMP it? PLEASE type me A letter responding to the
Question Ask Above. I will NOT bother this Court ANY
More concering this MATTER. PLEASE return this letter with
responce. My Home Address

Hwy 431 South          Thank You
1066 Hatfiled Mountain    Ralph Lingo 6-28-04

#18.R

## IN THE CIRCUIT OF HOUSTON COUNTY, ALABAMA

RALPH WILSON LINGO                          03
V.                                 CASE no. C.C.- 599
STATE OF ALABAMA

### MOTION TO RETURN ILLEGALLY SIEZED PROPERTY

Comes now the Defendent RALPH WILSON LINGO ProSe, with this above-styled motion. Defendent moves this Honorable Court to grant this motion and ORDER the PROPERTY returned to him.

→ 1) On 4-14-03 a search warrant was executed by Sgt. Tony Luker of the Dothan Police Department on Defendent's residence located at 10666 Hwy 431 S Newville, Alabama.

2) The following items were siezed and Defendent demands that they be returned.

1) 5-drawer file cabnet w/assorted files.
2) 2-drawer file cabnet w/assorted files.
3) box w/ assorted floppy discs.
4) assorted audio tapes.
5) assorted video tapes.
6) assorted bussines files and holder.
7) Hewlett Packard computer
8) Elvis Presly Sun Records Lable Album Collection.
9) personel family photos
10) Auburn/Alabama Cracker Barrel Can collection
11) Golden Flake Can collection
→ 12) $250,000.00 U.S. Currency
13) House keys, safe keys.
14) All Ralph Lingo Mobile Home Repair files.
15) All Newville Portable Building files
16) Video camera (Sony)
17) assorted video tapes (1500)
18) Access card for satalite takrn from safe
19) Personal medication
20) Stainless Steel Cookware
21) All monies siezed from Ralph Lingo Mobile Home Repair account

FILED

MAY 2 5 2004

*Judy Byrd*

JUDY BYRD, CLERK
HOUSTON CO., AL

(1)

**BULLOCK COUNTY CORRECTIONAL FACILITY**
**PRISIONERS MONEY ON DEPOSIT**
UNION SPRINGS, AL. 36089

18788

61-427/621

DATE 8/20/0X

PAY TO THE ORDER OF _Dothan City Clerk_    $5⁰⁰

_Five & no/100_    DOLLARS

**AmeriFirst** BANK
UNION SPRINGS, AL. 36089

VOID AFTER 90 DAYS

FOR _Ralph Lugo 190083_

⑆048788⑆ ⑈062104274⑈ ⑆16 0103 2⑆

2 = EXHiBit 15

```
                    STATE OF ALABAMA
                 DEPARTMENT OF CORRECTIONS
                BULLOCK CORRECTIONAL FACILITY
AUG. 20, 2004           INMATE WITHDRAWAL      TRANSACTION#: 2004005601


AIS NUMBER: 190083          LINGO, RALPH @1/05              BED: D15054

CHECK NUMBER: 18788             REASON:  MIS.INMATE BILL

    $78.73   PREVIOUS BALANCE

     $5.00   LESS WITHDRAWAL        PAID TO: CITY CLERK, DOTHAN

    $73.73   CURRENT BALANCE
```

Copy for search warrant
$5.00 pmt City of Dothan



# The City Of Dothan
# Municipal Court



Honorable Rose Evans-Gordon
Municipal Judgte

Nancy Martin
Municipal Court Administrator

October 13, 2004

Mr. Ralph Lingo
#190083 D-15 B-54
5107 P.O. Box
Union Springs, AL  36089

Dear Mr. Lingo,

This office has received your request for documents.  Unfortunately we do not have the information that you are requesting.

We are returning your $5.00 check since we do not have the information you request.

Sincerely,

Melissa Woods

Melissa Woods
Staff Assistant

1 = EXhiBit. 15

Post Office Box 2128
Dothan, Alabama 36302-2128
(334) 615-4150
Fax (334) 793-1369





# The City Of Dothan
# Municipal Court

Honorable Rose Evans-Gordon
Municipal Judge

Nancy Martin
Municipal Court Administrator

August 11, 2004

Mr. Ralph Lingo
**Bullock County Correctional Facility**
P O BOX 5107
Union Springs, AL  36089

Dear Mr. Lingo,

I have received your request for a copy of your search warrant. Unfortunately we are unable to provide you with a copy of this document.

I regret any inconvenience this may cause you.

Sincerely,

*Melissa Woods*

Melissa Woods
Staff Assistant
Dothan Municipal Court

EXhiBit 14



**Name: VONDA SUE WILLIAMS**
**DOB: 11/11/1950**

SS#: 233847456

EXHiBit. 16

```
                                                    S              S R C CADATE/   Y
                                                    T BIRTH DT   X C A TRL/PRTY   O
INDEX NAME           CO/CASE NUMBER    JID CHARGE/RNDX  -----------------------------

LLIAMS VONDA SU   38CV200000508900 JMW $COND/STATE   D NOT LIST      F 10052000
WILLIAMS VONDA SU  38DC199700243800 WDM ALCOHOL- MIN S 11111950 F W G 11061997
WILLIAMS VONDA SU  38DC200000129500 KIN POSS MARIJUA S 11111950 F W G 06272000
WILLIAMS VONDA SU  38SM199900335600 MJS P/SAMC       D NOT LIST      F 11101999
WILLIAMS VONETTA   01DV198600359700     HOUSING AUTH   NOT LIST
WILLIAMS VONETTA   11TR200200516700 GWC SPEED         A 08121973 F B G 12052002
WILLIAMS VONETTA   11TR200200516800 GWC ATT ELUDE PO K 08121973 F B G 12052002
WILLIAMS VONETTA   11TR200200516900 GWC DRIVE W/SUSP K 08121973 F B G 12052002
WILLIAMS VONETTE   01CC198300057700     THEFT OF PRO   NOT LIST
WILLIAMS VONETTE   01CC198300057800     THEFT OF PRO   NOT LIST
WILLIAMS VONETTE   01CC198300057900 BLK THEFT 2        08131951 F B G 06201983
WILLIAMS VONETTE   01CC198300057930 JSG CONT PROBATI   08131951 F B X 04071989
WILLIAMS VONETTE   01CC198300058000     THEFT OF PRO   NOT LIST
WILLIAMS VONETTE   01CC198300146300 JSG THEFT 2        08131951 F B G 06081983
                                                       -----------------------------

*** PRESS F11 TO SCROLL FORWARD ***
  MNU 02=SDX 03=ACR 04=AVS 05=CLR 06=OCS 07=TRF 08=JUV 09=WAR 10=PHT 11=NXT
  CSE 13=ALS 14=FES 15=DMV 16=NAB 17=PTY 18=ENF 19=SCR 20=OFF 23=CMS 24=HLP
DATE: 02/19/2003  TIME: 09:54:16 USER:BH03        TERM:BH03FRLY
```

EXhiBit,17

Name: WILLIAMS, VONDA SUE
Race: WHITE    Sex: FEMALE    DOB: 11/11/1950    ID#: 972740060

| Opt | DOI | Case Number | Srce Inv. | Case Description | Flags |
|-----|-----|-------------|-----------|------------------|-------|
| _ | 9/22/2000 | 1-00-022608 | PAWN | OWNR JEWELRY | |
| _ | 9/11/2000 | 1-00-021494 | PAWN | OWNR JEWELRY | |
| _ | 5/18/2000 | 1-00-021494 | PAWN | OWNR RING | |
| _ | 4/28/2000 | 1-00-004164 | OFFN | RPRT SUSPICIOUS CIRCUMSTANCE | + |
| _ | 12/07/1999 | 1-00-003592 | OFFN | RPRT BURGLARY COMMERCIAL 3RD DEGREE | |
| _ | 12/15/1999- | 1-99-027840 | PAWN | OWNR RING | + |
| _ | 12/07/1999 | 1-99-027107 | PAWN | OWNR JEWELRY | |
| _ | 6/19/1999 | 1-99-005252 | OFFN | WITN SUSPICIOUS CIRCUMSTANCE | |
| _ | 10/23/1998 | 1-98-020216 | OFFN | OWNR SUSPICIOUS CIRCUMSTANCE | + |
| _ | 3/21/1998 | 1-98-002466 | PAWN | OWNR RING | |
| _ | 1/17/1998 | 1-98-000546 | OFFN | CMPL SUSPICIOUS CIRCUMSTANCE | |
| _ | 12/13/1997 | 1-97-011328 | OFFN | RPRT SUSPICIOUS CIRCUMSTANCE | |
| _ | 11/15/1997 | 1-97-010445 | OFFN | RPRT ROBBERY 1ST DEGREE | |
| _ | 10/01/1997 | 2-97-002740 | OFFN | CMPL ROBBERY 1ST DEGREE | |
| _ | 7/10/1997 | 1-97-006403 | ARRS | PRIS LIQUOR SELL | |
| _ | 4/30/1997 | 1-97-003955 | OFFN | CMPL THEFT OF PROPERTY 2ND DEGREE | |
| | | | | VICT SUSPICIOUS CIRCUMSTANCE | |

Ptions:  1=Select    6=Print    7=Case Decription    P=Photo
12=Cancel    F21=Print List

EXhibit, 18











#010

evidence →

187

Shotgun
shell

evidence

evidence

evidence
22










