IN ThE DISTRICT COURT OF ThE UNITED STATES
FOR ThE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

RALPH LinGo,                    ) Civil Action No. 1:07-CV-0388
   Petitioner.                  )
V.                              )
UNITE STATES OF AMERICA,        )
      Respondent,               )

motion: To look At Warrant

AlAbAMA STATE Return arrest warrant
Rule 3.3 (C) Return, The law enforcement officer
executing an <u>arrest warrant</u> shall endorse thereon the manner and <u>date of execution</u>, shall subscribe his name, and shall <u>return the arrest warrant to the Clerk of the court specified in the arrest warrant.</u>

I ask the Court to Furnish ME A copy of the Warrant for intimidation, that had the County Clerks Stamp And Seal, Affixed on it, From Houston County "Dothan".

See CASE → Billy WALLACE V. CITY of Dothan, 497 So. 2d 96.
See CASE → Moore V. Crocker, 852 So. 2d 89, (2002)
See CASE → UNITED STATES V. MARTIN, 600 F. 2d 1175,

Ralph Lingo, A.i.s. # 190083 = Dorm, K4- Bed 2A
P.O. Box 5107
Union Springs, AL 36089-5107

name, Ralph Lingo   A.i.s. # 190083   Date, 11-19-2007,

Ralph Lingo, Ais# 190083 - K4-2A
P.O. Box 5107
Union Springs, AL 36089-5107



OFFICE OF THE CLERK, UNITED STATES DISTRICT COURT
P.O. BOX 711
MONTGOMERY, ALABAM 36101-0711

(Legal mail)