IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

2007 DEC 18 A 9:45

RALPH WILSON LINGO,
  Petitioner,

V.

UNITED STATES OF AMERICA,
  Respondent,

Civil Action No.
1:07cV388

## Motion to The COURT,

Motion to look at "warrant"
November 21, 2007 (Doc. No. 32)

To, Court please show me The LAW you U.S.E on The ("Warrant")
For The Denied of The "Warrant".

Ralph Lingo

Date, 12-17-2007

Ralph Lingo, Ais#190083, K4-2A
P.O. BOX 5107
Union springs, AL 36089-5107

MONTGOMERY AL 361
17 DEC 2007 PM 4 T
HAPPY HOLIDAYS

The OFFICE OF The CLERK,
UNTTED STATES DISTRICT COURT
P.O. BOX 711
MONTGOMERY, AL 36101-0711

36101+0711