IN THE DISTRICT COURT of The UNITED STATES
FoR The MIDDLE DISTRICT of ALABAMA
EASTERN DIVISION

Ralph Lingo,
   Petitioner,

Vs

UNITED STATES,
   Respondent,

Case No: 1:07-CV-0388
         1:05-CV-32

## Motion to the Court

Would you please let me hear the statues of this case? I have not heard anything. Let me know where it stands. I'm seeking details about this case. To the court clerk Debrah

Ralph Lingo

Date, 12-20-2007

Ralph Lingo AIS# 190083 - K4-2A
P.O. Box 5107
Union Springs, AL 36089-5107

MONTGOMERY AL 361
20 DEC 2007 PM 4 T



OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
P.O. BOX 711
MONTGOMERY, ALABAMA 36101-0711