IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| RALPH LINGO | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:07-cv-00388-WHA |
| | ) | |
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Defendant | ) | |

CONFLICT DISCLOSURE STATEMENT

COMES NOW the United States, Defendant in the above-captioned matter, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and in accordance with the June 12, 2007, Order of this Court, makes the following disclosures concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

- ❏   This party is an individual, or

- ☒   This party is a governmental entity, or

- ❏   There are no entities to be reported, or

Case 1:07-cv-00388-WHA-CSC    Document 37    Filed 12/21/2007    Page 2 of 2

☒ The following entities and their relationship to the party are hereby reported: None.

Dated this the 21st day of December, 2007.

          LEURA G. CANARY  
          United States Attorney

By:   /s/Kent B. Brunson  
       KENT B. BRUNSON  
       Assistant United States Attorney  
       Attorney for Defendant  
       Post Office Box 197  
       Montgomery, AL 36101-0197  
       Telephone No.: (334) 223-7280  
       Facsimile No.: (334) 223-7135  
       E-mail: kent.brunson@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on December 21, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participant:

Ralph Lingo  
Reg. No. 190083  
Bullock Correctional Facility  
P.O. Box 5107  
Union Springs, Alabama 36089-5107

       s/Kent B. Brunson  
       Assistant United States Attorney