IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

RECEIVED 2008 FEB -6 A 11:35
DEBRA P. HACKETT, CL
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Ralph Lingo,   Case No:
Petitioner,    Civil Action No, 1:07cv388
VS,
UNITED STATES
AMERICA,
Respondent,

Motion To The Court Filed by Ralph Lingo
The petitioner, I ask the court to allow me to file new evidene in court, The evidence will be seriel numbers of the indictment, The indictment case number is 1:05CR32-A, The seriel numbers do not exist as these types of guns, my attorney at the time was Kevin Butler, The seriel numbers had been fun, some of the seriel numbers don't even exist as guns, But mr, Butler did not give me nothing concerning the guns, and the court also has to look at, there are three different types of contents list that have been rewritten three different times during an 18 month period, If the court will not allow me to in troduce evidence,
    (Pages. → (2 and 4)

I ask the court to make a ruling on this case. If I lose the case I ask the court to grant me an appeal. The court is keeping me in prison when the court knows that all the rules have been broken concerning the search warrant. I am asking the court to make a ruling on this case, to try the case or dismiss the search warrant and all the fruits gained by this search warrant. I also ask the court to give me a computer print out for each seriel number of each gun. I also ask the court to read line number nine on the No Knock search warrant. It will tell that there are three .380 hand guns. It will also tell you that on the end table in the living room there was found a daringer. But I also want the court to look at all three cowtents lists. and to look at the shotgun and rifle pictures. But I want the court to pay attention to this. that there was not a shotgun turned in. Ya'll know that some of the officers took the shotgun and rifles and did not turn them in. I am asking the court to dismiss all these charges or to give me an evidence hearing. If the court agrees to drop all charges I will agree to drop any and all law suits.

1 and 2

I ask the court that the Top Judge in the High Court to personally take this case himself, and Do Not let this case go back before the lower court, I also ask the Top Judge to court order the District Attorney to turn over copies of everything they have on File concerning my case to me, This evidence Not being given to me is Not right or fair to me, When the U.S. Marshal service transfered me from the autagua County Jail on 3-27-2007, I was placed in the Alabama Department of Corrections custody, The U.S. marshal service hand cuffed and shackled me and told me I could Not corry any of my legal was K with me, Not even my transcripts legal mail, Nothing, and that it all had to be thrown away, I do ask for a motion of Discovery in full from the District attorney, for all dockett information concerning my case, I ask the court to make discission on this case on the evidence and the hearing or a dismissal on all including the case, possible, please court respond back to me with a discission,

1 and 3

<u>CERTIFICAE OF SERVICE</u>

I hereby certify that on the 5th day of 2008, FEBRUARY, 2-5-2008, I did serve a copy of the Foregoin on by. U.S. Mail, Postage prepaid, and properly addressed as Follows;

Civil Action No, 1:07 CV-388

cc: U.S. Department of Justice
united states. D.A.
middle District of Alabama
P.O. Box 197
montgomery, AL 36101-0197


cc. OFFICE OF THE CLERK,
UNITD STATES DISTRICT court
P.O. Box 711
MONTGomery, AL 36101-0711


Ralph Lingo
P.O. Box 5107
union springs, AL 36089-5107

Ralph Lingo    Date, 2-5-2008

(1 and 4 pages)



Ralph Lingo AIS #190083 - K4-2A
P.O. Box 5107
Union Springs, AL 36089-5107

Office of The CLERK
United States District Court
P.O. Box 711
Montgomery, AL 36101-0711

(Legal mail)