IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

Ralph W. Lingo,          ) Civil Action No. 1:07CV388
    Petitioner,      )
V.                       )
UNITED STATES OF         )
AMERICA,                 )
    Respondent,      )

__Motion To The Court,__

RECEIVED 2008 MAR 17 A 8:45 DEBRA P. HACKETT, CLK U.S. DISTRICT COURT MIDDLE DISTRICT ALA

I ask the court to make a ruling on this case. This case need to come to a end, please court make a ruling, in the next 30 days. Please,
        Thank you!

Ralph Lingo
Date, 3-14-2008

NAME Frederick Rivers  AIS #148197  DORM.# G-1  Bed 10A
VENTRESS CORRECTIONAL FACILITY
P. O. BOX 767
Clayton, AL 36016

MONTGOMERY AL 361
14 MAR 2008 PM 4 T

"LET US DARE TO READ, THINK, SPEAK AND" John Adams, 1765

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."

VENTRESS
LAW LIBRARY

Office of the Clerk United States District Court P.O. Box 711 Montgomery, Alabama 36101-0711