IN THE DISTICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

Ralph W. Lingo,
    Petitioner,

V.

UNITED STATES OF
AMERICA,
Respondent,

) Civil Action No. 1:07cV388
)
)
)
)
)
)
)
)

<u>Motion to The court, Deputy sheriff and deputy and deputized,</u>

CODE OF ALABAMA, Title 15 Criminal Procedure, 1958, Warrants attachments of other Process issued; how and where executed <u>The sheriff or his deputy or any Person specially deputized by a court or record</u>, may execute all warrants of arrest, all attachments or subpoenas for witnesses or other process is <u>sued by a court of Record</u> which is to be executed in any adjoining county to that county in which court is then in session,   Date, 3-19-2008

Ralph Lingo