IN THE DISTICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

Ralph W. Lingo,
   Petitioner,           ) Civil Action No, 1:07cV 388
V.                              )
UNITED STATES OF                )
AMERICA,                        )
Respondent,                     )

**MOTION DENIED**

THIS 21st DAY OF March, 2008

_____
UNITED STATES DISTRICT JUDGE

motion to The court, Deputy sheriff and deputy and deputized,

CODE of ALABAMA, Title 15 Criminal Procedure, 1958, Warrants attachments of other process issued; how and where executed The sheriff or his deputy or any Person specially deputized by a court of record, may execute all Warrants of arrest, all attachments or subpoenas for witnesses or other process is sued by a court of Record Which is to be executed in any adjoining County to that County in Which court is then in session,    Date, 3-19-2008
Ralph Lingo