IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| RALPH WILSON LINGO, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v | ) | Civil Action No. 1:07cv388-WHA |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

**ORDER ON MOTION**

The petitioner has filed a motion (Doc. No 40) asking the court, *inter alia*, to allow him to file new evidence. The court construes the petitioner's motion to contain a motion to expand the record with matters in support of his 28 U.S.C. § 2255 motion. Upon consideration of this motion (Doc. 40), it is ORDERED that

1. To the extent the petitioner's motion is construed as a motion to expand the record with matters in support of the § 2255 motion, the motion be and is hereby GRANTED.

2. To the extent the petitioner's motion contains any other request for relief, the motion be and is hereby DENIED.

Done this 27th day of March, 2008.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE