IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

RALPH WILSON LINGO,                )
                                   )
            Petitioner,            )
                                   )
v                                  )        Civil Action No. 1:07cv388-WHA
                                   )
UNITED STATES OF AMERICA,          )
                                   )
            Respondent.            )

**ORDER ON MOTION**

The petitioner has filed a pleading (Doc. No. 41) asking the court to make a ruling on his 28 U.S.C. § 2255 motion.  The court construes this pleading to be a motion to expedite ruling.  Upon consideration of this motion, and for good cause, it is

ORDERED that the motion to expedite ruling (Doc. No. 41) is DENIED.

The court is mindful that the petitioner filed his 28 U.S.C. § 2255 motion in May 2007.  However, the court's caseload of actions pending pursuant to 28 U.S.C. § 2255 makes it extremely difficult to expedite the resolution of the petitioner's motion, particularly since the court has adopted a policy of disposing of cases on the basis of the length of pendency. The court assures the parties that a determination of the issues presented in this case will be undertaken in due course.

Done this 27th day of March, 2008.

_____/s/Charles S. Coody_____
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE