IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

RECEIVED
2008 APR -3 A 9: 14

DEBRA P. HACKETT,
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Ralph Lingo Ais#190083,
  Petitioner,

V.

United States of America,
  Respondent,

Case No. 1:07-CV-00388

A motion to the court, petitioner asking the court to give me a copy of the Alabama Tobacco and Firearms report of the serial number of the guns, when they were run be N.C.I.C.

(A) one(1) Phoenix Arms, Model Raven, 25 caliber. semiautomatic pistol, serial number: 9096448;

(B) one(1) Bryco Arms, Jennings, Model 48, 380 caliber. Pistol, serial number, 809158;

(C) one(1) Bryco Arms, Jennings, Model T380, 380 caliber. semiautomatic pistol, serial number, 1422059;

Ralph Lingo, Ais 190083 = K4-2A
P.O. Box 5107
Union Springs, AL 36089-5107

Ralph Lingo

Ralph Lingo A.S#190083=K4-2A
Apoc Bullock
P.O. Box 5107
Union Springs, AL 36089-5107



MONTGOMERY AL 361

02 APR 2008 PM 1 T

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
P.O. BOX 711
MONTGOMERY, AL
36101-0711