IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RALPH WILSON LINGO, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v ) | Civil Action No. 1:07cv388-WHA |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

**ORDER ON MOTION**

Upon consideration of the petitioner's April 3, 2008, "motion to the court" (Doc. No. 46), wherein the petitioner asks the court to provide him with "a copy of the Alabama Tobacco and Firearms Report of the Serial Number of the guns," it is

ORDERED that this motion (Doc. No. 46) be and hereby is DENIED.

Done this 3rd day of April, 2008.

                                                /s/Charles S. Coody
                                              CHARLES S. COODY
                                              CHIEF UNITED STATES MAGISTRATE JUDGE