IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISON

RALPH W. Lingo,              )
   Petitioner,               ) Civil Action No.
V.                           ) 1:07CV 388
UNITED STATES OF AMERICA,    ) 1:07CV 388
   Respondent,               )

MOTION TO THE COURT FILEING BY THE PETITIONER
(DOC. NO. 46), FOR THE FOLLOWING REQUEST

---

I RALPH LINGO AM THE PETITIONER. ON APRIL 3, 2008 I HAVE REQUESTED A SUPPRESSION OF EVIDENCE OF SERIAL NUMBERS ON GUNS. I HAVE ALSO ASKED THE UNITED STATES OF AMERICA TO PROVE THE ALAGATIONS OF THE SERIAL NUMBERS. TO PROVE THE SERIAL NUMBERS MATCH THE GUNS I HAVE BEEN CHARGED WITH. THE SERIAL NUMBERS 909 6448 AND 1422059 AND 809158. THESE SERIAL NUMBERS ARE BEING COVERED UP BY THE COURT OF THE UNITED STATES OF AMERICA. THE JUDGE IN THE CASE IS CHARLES S. COODY

(Page 1. OF. 4)

CHIEF UNITED STATES MAGISTRATE JUDGE. THE JUDGE IN THIS CASE IS A VERY HIGHLY RESPECTED JUDGE BUT HE IS A JUDGE THAT ABANDONED HIS ROBE. HE IS A JUDGE THAT DOES NOT HAVE HONESTY IN HIS HEART TO BE FAIR AND HONEST WITH RALPH LINGO. THE COURT IS SETTING ON THE CASE. THE COURT WILL NOT MAKE ANY TYPE OF RULING ON RALPH LINGO'S CASES. THE COURT AND THE JUDGE KNOWS THE SERIAL NUMBERS DO NOT MATCH THE GUNS AND THE COURT KNOWS THE SEARCH WARRENT DOES NOT EXIST IN ANY COURT. THE SEARCH WARRENTS DO NOT EVEN GO BY THE RULES OF THE COURT. THE COURT IS SETTING ON THE CASE SO IT WILL NOT BE ABLE TO GO TO A HIGHER COURT. IT TAKES A SORRY COURT AND SORRY JUDGE TO KEEP A MAN IN JAIL WHEN IT KNOWS THE SERIAL NUMBERS DO NOT EVEN EXIST. THE COURT EVEN CAUGHT TONY LUKER IN PERGERY. THE COURT ALSO KNOWS THE GUNS AND MONEY WERE NOT TURNED IN. ALL I EVER ASKED FROM THE COURT IS TO BE HONEST AND FAIR TO BOTH PARTIES. I LIKE JUDGE COODY HE IS A VERY GOOD PERSON AND I PRAY FOR JUDGE COODY TO DO THE RIGHT THING TO MAKE THE UNITED STATES OF AMERICA TO HAVE THE SERIAL NUMBERS RUN AND GIVE ME A COPY OF EACH SERIAL NUMBER TO SEE WHERE THE OFFICER HONEST

(Page 2)

OR DID THE OFFICER PUT FALSE SERIAL NUMBERS DOWN. I AM ASKING JUDGE COODY TO COURT ORDER THE UNITED STATES OF AMERICA AND THE DISTRICT ATTORNIES OFFICE WITH THE MIDDLE DISTRICT OFFICE IN MONTGOMERY TO RUN THESE SERIAL NUMBERS AND GIVE ME A COPY OF EACH SERIAL NUMBER. I DO ASK JUDGE COODY TO RESPOND BACK. PLEASE RESPOND BACK WITH THESE SERIAL NUMBERS. I AM ASKING THE COURT AND THE JUDGE TO MAKE A RULING FOR A RETRIAL OR DISMISS THE CASE WITH ALL THE PROOFS OF THE CASE. IF THE COURT RULES AGAINST ME I WILL RESPECT THAT BUT GIVE ME THE HONESTY AND DECENCY TO APPEAL MY CASE TO THE 11 CIRCUIT COURT THESE CASES HAVE BEEN GOING TO LONG. THE COURT IS DOING THIS TO KEEP A MAN IN JAIL. THE COURT IS INTENDING TO DO THIS AND BE DISHONEST. I ALSO AM ASKING JUDGE COODY TO GRANT ME A COPY OF THIS MOTION BY THE CLERKS OFFICE. JUDGE COODY I PRAY EVERY DAY THAT YOU WILL START BEING HONEST AND FAIR WITH BOTH PARTIES YOU THE JUDGE AND I RESPECT YOU BUT GOD KNOWS YOU ARE NOT BEING FAIR WITH ME. THESE CASES ARE TIED UP WITH FREINDSHIPS DOWN THE LINE. IN THE NAME OF JESUS QUIT SETTING ON THESE CASES

(Page 3)

YOU KNOW I WAS THREATENED TO MAKE A GUILTY PLEA. YOU KNOW I AM NOT GUILTY. YOU KNOW DURING MY MOTION TO SUPPRESS THE SEARCH WARRENT HEARING THAT YOU ATTACKED MY ATTORNY WHERE HE WOULD NOT FILE ANY OF THE DOCUMENTS WE HAD. BUT I SENT COPIES TO THE HIGH COURT AND TO YOU. I SENT ALL OF THAT HOME. I MIGHT HAVE TO USE ALL OF THIS IN A NEWS CONFRENCE ONE DAY. ALL I AM ASKING YOU AND THE COURT TO BRING THESE CASES TO AN END. PLEASE ORDER ME A PRINT OUT AND PLEASE IN THE NAME OF JESUS BE FAIR AND DO NOT HOLD MY READING DISABILITY OVER ME. THANK YOU PLEASE RESPOND BACK WITH YOUR ANSWER.

Civil Action No. 1:07cv388
(Doc. No. 46),

Ralph Wilson Lingo Ais# 190083 = K4-2A
Bullock Correctional Facility
P.O. Box 5107
Union Springs, AL 36089-5107

Ralph Lingo, Date, 4-4-2008

(Page 4)

Ralph Lingo Ais# 190083 =K4-24
P.O. Box 5107
Union Springs, AL 36089-5107



OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
P.O. Box 711
MONTGOMERY, AL 36101-0711

(Legal MAiL)