IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

Ralph Lingo,               Civil Action No: 1:07cv388
    Petitioner,
        v.
UNITED STATES OF
AMERICA, Respondent

MOTION TO THE COURT THE SOUTHERN DISTRICT COURT OF MONTGOMERY DID VIOLATE RALPH LINGO'S CONSTITUTIONAL AND AMENDMENTS RIGHTS. THE COURT IS IGNORING THE LAWS AND RULES. THE COURT IN THIS CASE HAS TAKEN ADVANTAGE OF RALPH LINGO. THE COURT KNOWS RALPH LINGO CANNOT READ THE COURT OR LAW BRIEFS. RALPH LINGO WAS GIVEN AN ATTORNEY NAMED KEVIN BUTLER AND AN ATTORNEY NAMED RICHARD KIETH. THE 2 ATTORNEYS WORK FOR THE GOVERNMENT AS YOUTHFUL OFFENDERS ATTORNEYS. KEVIN BUTLER HELPED THE GOVERNMENT TO OVERTHROW RALPH LINGO'S CASE. KEVIN BUTLER LET THE DISTRICT ATTORNEY TALK TO RALPH LINGO AND MAKE THREAT'S TO HIM. THE THREAT WAS THAT RALPH LINGO HAD TO PLEAD GUILTY TO A GUN CHARGE. THE ATTORNEYS SAID EITHER YOU PLEAD GUILTY OR THEY WILL GIVE YOU A LIFE SENTENCE AND WE CANNOT BEAT YOUR

1. of 3            Date. 4-20-2008

CASE AND WE WILL CHARGE YOU WITH PERJERY IF YOU DO NOT PLEAD GUILTY. IT WAS WRONG FOR THE DISTRICT ATTOREY TO TALK TO ME PRIVATELY. JUDGE CHARLES S. COODY HAD ALREADY MADE HIS DISCISION IN THIS CASE. JUDGE COODY ON DOC 48 KNOWS THIS IS A LIE ON DOC.48 LINGO WAS THREATENED TO PLEAD GUILTY AND THE JUDGE IS VERY AWARE OF THE THREAT. JUDGE COODY IS A COVER UP FOR THE ATTORNEYS AND DISTRICT ATTORNEY IN THIS CASE. THE JUDGE KNOWS THE SERIAL NUMBERS DO NOT MATCH THE GUNS ON THE FEDERAL INDITMENT. JUDGE COODY IS ALSO COVERING UP THE CONTENT LISTS. THE ORIGINAL CONTENT LIST HAD BEEN CHANGED. YOU HAVE 2 HANDWRITTEN CONTENT LISTS THAT DO NOT MATCH ONE ANOTHER. THE ATTORNEY FAILED TO INTRODUCE THE CONTENT LIST. NO JUDGE HAD SIGNED THE ORIGINAL HANDWRITTEN CONTENT LIST. THE CHIEF UNITED STATES MAGISTRATE JUDGE DID INTEND TO TAKE THE LAW OF THE RULES AND VIOLATE THEM. NOT ONLY IS THE JUDGE COVERING UP BUT HE IS COVERING UP LIES BY THE POLICE OFFICER AND FALSEFIED DOCUMENTS AND A.T.F. DOCUMENTS. THE JUDGE IS ALSO COVERING UP THE SHOTGUNS AND RIFLES AND MONEY TAKEN FROM RALPH LINGO. CHARLES S COODY MADE SURE RALPH LINGO COULD NOT HAVE LEGAL DOCUMENTS TO HELP HIM. THE COURT IS SETTING ON THIS CASE TO KEEP IT

2.        1:07 CV-388
            Date, 4-20-2008

OUT OF THE 11TH CIRCUIT COURT OR THE UNITED STATES SUPREME COURTS HAND BY NOT RULING ON THIS CASE. I AM GOING TO NAME AND NUMBER THE DEFECTS.

1. NO SEARCH WARRENT ON FILE WITH CLERKS OFFICE
2. NO JUDGE SIGNED SEARCH WARRENT OR CONTENT LIST
3. ORIGINAL CONTENT LIST REWROTE 3 DIFFERENT TIMES
4. NO PROPERTY RECEIPT FROM EVIDENCE ROOM
5. NO SHOTGUNS OR RIFLES TURNED IN
6. CLERK SAID JUDGE WHITE DID NOT HAVE COURT ON 4-14
7. TONY LUKER USED A FAKE I.D. BADGE PRETENDING HE WAS A DEPUTY SHERIFF

I AM ASKING THE COURT TO QUIT SETTING ON THIS CASE WHERE I CAN APPEAL THIS CASE INTO A HIGHER COURT. THANK YOU

1:07CV-388

Ralph Lingo
P.O. Box 5107
Union Springs, AL 36089-5107
Ralph Lingo  Date, 4-20-2008

3.

Ralph Lingo #190083-K7-2A
P.O. Box 5107
Union Springs, AL 36089-5107



OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
P.O. BOX 711
MONTGOMERY, AL 36101-0711

Legal Mail