IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RALPH WILSON LINGO, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v ) | Civil Action No. 1:07cv388-WHA |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

**ORDER ON MOTION**

The petitioner has filed what he styles as a "Motion to the Court" (Doc. No. 50) in which he asks the court to make a final ruling on his 28 U.S.C. § 2255 motion. The court construes this motion to be a motion to expedite ruling. Upon consideration of this motion, and for good cause, it is

ORDERED that the motion to expedite ruling (Doc. No. 50) is DENIED.

Done this 22nd day of April, 2008.

                                                  /s/Charles S. Coody
                                                  CHARLES S. COODY
                                                  CHIEF UNITED STATES MAGISTRATE JUDGE