IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

RECEIVED
2008 MAY 14 A 10: 06

DEBRA P. HACKET, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

RALPH W Lingo,
    Petitoner,

V.

UNITED STATES OF
AMERICA,
Respondent,

Civil Action No. 1:07 CV 388

)
)
)
)
)
)

A motion to the court, the court deliberately did not give me a search warrant hearing, the court is keeping me in prison for personal favors for a judge in Houston County. I have been locked up for five years, the court is ignoring my motions, and I have asked the court to put me to ~~desk~~ death, I am not in a joking mood. If the court breaks all the rules you can also get by with killing me. It takes a sorry and low down judge to not give a man a fair hearing. Judge Cooley has caused me a great deal of mental damage, for his dishonesty, and you need to kill me, Ralph Lingo Date, 5-7-08

Ralph W. Lingo Ais# 190083 #1C4-2A
Bullock correctional facility
P.O. Box 5707
Union Springs, AL 36089-5707

MONTGOMERY AL 361

13 MAY 2008 PM 4 T

USA FIRST CLASS FOREVER

OFFICE OF THE CLERK
DEBRA P. HACKETT, CLERK
UNITED STATES DISTRICT COURT
P.O. BOX 711
MONTGOMERY, AL 36101-0711

(Legal mail)

36101+0711