IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

2008 MAY 28 A 10:42

DEBRA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

RALPH WILSON Lingo,  ) Civil Action No. 1:07cv388
   Petitioner,  )
V.  )
UNITED STATES OF  )
AMERICA,  )
   Respondent,  )

A motion to the Court. Please make a ruling in this case.
Thank you!

Ralph Lingo

Date   5-23-08

Ralph Wilson Lingo AIS 190083-K4-2A
ADOC Bullock
Bullock Correction Facility
P.O. Box 5107
Union Springs, AL 36089-5107

MONTGOMERY AL 361
27 MAY 2008 PM 1 L

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
P.O. Box 711
Montgomery, Alabama
36101-0711