IN THE UNITED STATES DISTRCT COURT
    FOR THE MIDDLE DISTRICT OF ALABAMA
        SOUTHERN   DIVISION


UNITED STATES OF          )
AMERICA,                  )
                          ) Case: 1.07cv 388
    V,                    )
Ralph Lingo,              )
Petitioner,               )


A motion file BY The Petitiner,
I am asking the court to make a
ruling in this case, this case has been
going on a long time, please make a
ruling.
    I thank the court very much,




        Ralph Wilson Lingo A.S 190083
        Bullock Correctional Facility
        P. O. Box 5707
        Union springs, AL 36089

    Ralph Lingo  5-21-2008
                        (page, 2)