OFFICE OF THE CLERK
IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

RALPH WILSON LINGO,

v.

UNITED STATES OF AMERICA,

) Civ. Case No. 1:07CV-388-
) (WO)
) ( 1:05 cr 32-WHA ) doc # 29.)
) 28 U.S.C. § 2255

Motion file By Ralph Wilson Lingo
For the following reason(s):

I ask the court to grant an attorney as I can not read or with, or do research. Also I have mental health issuses. Request all transcripts of this case concerning search warrent, and evendence hearing and on the motion to suspress search warrent. Also a copy of plea hearing transcript. The U.S. Marshall took all transcripts away from me, they were never returned to me. Request more time to pre-par case, 60 days. Court should be aware that other inmates do these writings.

Ralph Wilson Lingo. Ais # 190083-K4-2A
Bullock Correctional Facility
P.O. Box 5107
Union Springs, AL 36089-5107
Date. 5-28-2008

Ralph Lingo
Date, 5-28-2008