OFFICE of THE CLERK

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT of ALABAMA
SOUTHERN DIVISION

RALPH WILSON Lingo,

V.

UNITED STATES of AMERICA,

) Civ. Case No. 1:07CV-388
) (WO)
) 1:05 Cr 32
) 28 U.S.C. § 2255

Motion filed BY RalphWilsonLingo

I ask the Court to grant my motion for the following; Mental Health issuses.; I request an attorney be appointed.

Under my mental health issuses I have been told by Medical persons that I have deep depression. I can not read or write or know my A.B.C.'s. Due to my mental issuses I am easily mislead and corted. My attorney know due to my mental health issuses I was under heavey medication. The U.S. Attorney also knew I was under heavey medication! My attorney and the U.S. Attorney made threats toward me to plea guilty by sitting down and talking to me, my attorney walked away. The U.S. Attorney told me he would charge me with prejury because I couldn't read the clock and I would recieve a life sentance. I told him I was not guilty, I was robbed. The trial Court mislead me and my attorney would not put eveedance into the Court. Date. 5-28-2008

My consilturesal rights were violated.

Ralph Lingo Date, 5-28-2008

Ralph Wilson Lingo A,S 190083 = K4-2A
ADOC Bullock
Bullock Correctional Facility
P.O. Box 5107
Union Springs, AL 36089-5107

MONTGOMERY AL 361

29 MAY 2008 PM 1 T



OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
P.O. Box 711
Montgomery, Alabama
36101-0711

36101+0711