IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

RALPH WILSON LINGO,                    )
                                       )
            Petitioner,                )
                                       )
v                                      )        Civil Action No. 1:07cv388-WHA
                                       )
UNITED STATES OF AMERICA,              )
                                       )
            Respondent.                )

**ORDER ON MOTION**

The petitioner has filed a "motion to the court" (Doc. No. 55), in which he asks the court to make a ruling in this 28 U.S.C. § 2255 action.  The court construes the instant motion to be a motion to expedite ruling.  Upon consideration of this motion, and as this court entered a Recommendation on May 27, 2008, that the petitioner's § 2255 motion be denied, it is

ORDERED that the motion to expedite ruling (Doc. No. 55) be and is hereby DENIED as moot.

Done this 6th day of June, 2008.


                            _____/s/Charles S. Coody_____
                            CHARLES S. COODY
                            UNITED STATES MAGISTRATE JUDGE