IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| RALPH WILSON LINGO, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v | ) | Civil Action No. 1:07cv388-WHA |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

**ORDER ON MOTION**

The petitioner has filed a motion in which he asks the court to make a ruling in this 28 U.S.C. § 2255 action. (Doc. No. 56.) The court construes the instant motion to be a motion to expedite ruling. Upon consideration of this motion, and as this court entered a Recommendation on May 27, 2008, that the petitioner's § 2255 motion be denied, it is

ORDERED that the motion to expedite ruling (Doc. No. 56) be and is hereby DENIED as moot.

Done this 6th day of June, 2008.

                                      /s/Charles S. Coody
                                      CHARLES S. COODY
                                      UNITED STATES MAGISTRATE JUDGE