IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RALPH WILSON LINGO, )<br>)<br>   Petitioner, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>   Respondent. ) | CIVIL ACT. NO. 1:07CV388-WHA |

ORDER ON MOTIONS

Upon consideration of the motions to appoint counsel (doc. # # 57 and 58), it is

ORDERED that the motions be and are hereby DENIED.

Done this 9th day of June, 2008.

       /s/Charles S. Coody
    CHARLES S. COODY
    UNITED STATES MAGISTRATE JUDGE