In The District Court of The United States
For The Middle District of Alabama
Southern Division

Ralph W. Lingo
Petitioner.

v.

United Stat of America
Respondents.

C.V. Case No 1:07CV388
28 U.S.C. 2255
18 U.S.C. §922(g)(1).
Case No, 1:06 CR 32-A

I am respending back to the magistrate Judge

A motion to the court, by the Petitioner, I will do the best of my knowledge to answer the questions, But remember I cannot read and no-body to help me with the Law

My home was searched in Henry County on 4-14-2005 around 9:00 to 10:30 in the mourning. when I pulled up in my driveway two men pulled guns on me ask me to put my hands up or they would blow my damm brains out. The two men searched me down and told me to walk out into the Field. I walked two hundreds yards away from my home thats over two football fields thats A long way to take A man. they never told me my home was being searched. The two men never identified them-selves

(Page, 1 of 11)

us police officers. I could not talk or look back. about An hour A man named Tony Lucker showed me A Henry county deputy sherrif I.D. badge. He told me he worked for The Henry county sherrif department. He told me to go to my house and unlock The safe when I got to my house men were taking out Deer rifles putting them in there personal vehicals. I was ordered to unlock my safe by Tony Lucker under vilotate Threats This went on for Thirty Five to Fourty minutes. I ask to see A search warrant over Ten Times. The deputy Told me He did not have to show me no warrant They have never been A search warrant recorded no were. was not arrested until Two weeks later. They were Two hundred And Fifty thousand dollars cash taken from my safe by Tony Lucker. none of The money nor the shotguns were recorded. Theres only one content list. They were A content list And A search warrant mailed to me eightteen months later. The content list was typed. They where no duplicates. I have got three of The Dothan police department reciets. The serial number does not match the indictment. my Attorney would not produce no evidence on my behalf. when I took The stand in the evidence hearing I showed The letters to the Judge from Houston and Henry county

page 2

sherrif department where they were no search warrant. I also showed two letters from Henry county sherrif, Lawton Ed Armstrong sherrif one dated on Febuary 14th 2005 and one on march 8th 2005. There was an officle radio Log sheet from Henry county sherrif department showing that nobody notified them that A search warrant or search was Taking place in there county. When I took the stand in front of Judge coody I showed all the evidence to the Judge, the Judge looked at the evidence and gave it back to me. I gave it back to the Judge and told Him I wanted to introduce it As evidence. Judge coody kept all the evidence my attorney Kevin Butler gave me goverment exhibit <u>one</u> and <u>Two</u> They put labled on the exhibit. Then my attorney gave it all to me when I sat down. all of the exhibit and evidence was gave back to me. my Attorney came to see me and I showed him the exhibit. other inmates also looked at these exhibits. They were some stickers swapped back and Fourth. my Attorney told me I did not suppose to have none of this. Judge coody did not give A Fair evidence Hearing

page 3

1. The search warrant was given to Judge coody in A type content list and two letters From The sherrif department and two letters From the clerks office stated it was not on File

2. Judge coody let the district Attorney talk to me with-out my Attorney being present There were several Threats made to me by the district Attorney, if do not plead guilty they would charge me with purgery cause I could not read goverment exhibit Two

3. my Attorney Kevin Butler Told me I had no choice but to plead guilty or they would charge me with purjirey Kevin Butler would not enter no evidence ¢Ato Trial my other Attorney named Richard kieth Told me he did not work For me, He worked For the goverment He also told me he would not Fight my case. He never told me none of my rights He made several Threats to me. The sherrif department ran The serial numbers on The guns on The indictment case no. 105:cr32A The serial number did not show A gun The serial number is Fake on The indictment.

Page 4

The united states of America indictments case no. 1:05 CR 32 A The sherrif department had ran the serial number. The court in This case is Trying me when there is no gun The officer Tony Luker has signed A Foney contents list and did A Afidavid with the united states of America by knowing These serial numbers does not exist with none of These guns. Judge coody ask Tony Luker why did me and my wife get divorced Judge coody knew the circustances Judge coody was Trying to get dirt on me and on record were I cannot Appeal This case. Judge coody also ordered the u.s. marshel service to take all my legal work and Transcript away from me Judge coody violated my constitanial rights Judge coody sent me through A mental evaluation in miami Florida For Fourty Five days I stayed one year The Judge violated my rights Judge coody did not pay attention to case Jerry moore vs Clyde Crocker 852 So. 2d 89 That case is enough evidence to dismiss This case before it ever got started The other case was (RE Billy wallace vs. city of Dothan 497 So. 2d 96; ex parte wallace The Court would not pay no Attention to These cases. These case's has every-thing to do with Juridiction, no warrant no search warrant, no Arrest warrant.

page. 5

I am also sending A copy of The Ruling. Rules of AlaBama supreme court AlABAMA code 1975 Book volume 23A under Rule 3.10 Rule 3.11 execute and return inventory. Rule (A). (B.). Return of inventory. The court never did give me A honest evidence Hearing Judge coody knew all of this. Judge coody will cause me to get killed on account of this case by not being Fair and Honest. you cannot take people's money away From Them nor Their shotguns or Rifles. you cannot goe into A house and Take A puppie From A litter you cannot take A person 10,000 dollars worth of tools away and not record it Either. Judge coody and my Attorney would not let none of This come into evidence The court is wrong From Doing me dishonest. The court is dragging This case to make me do time when they know I am innocence. I Love everybody and will help any-body But you do me wrong you will have to kill me. IF The courts Think I will not do Anything about This you are wrong. This courts can take advantage of me by not being honest and straight. I want A evidence Hearing. I ask The court to put me to Death, A cop will have to kill me if you Dont.

Page 6

all I ask the court for is Honesty And to recognise the Law. I ask that all the charges against me be dismissed and to turn me loose. The search warrant was illigal and all other evidence came under the posion of the Fruits. Chain of custody had been broke link of the evidence had been broken court please give me A legal hearing don't let it go no futher. This court is helping Houston county to get convictions on me. none of my Attorneys will write me or ecept any phone calls from me. and this is the courts fault. I am closing my statements. Please in the name of Jesus give me A evidence Hearing. I promise I did withdraw my builty plea but my Attorney did not file The paper work I withdrew it the same day I pled guilty. I ask The court not to let This case drag on no longer.

Pages 7

Rules of Alabama supreme Court, VOLUME 23A ALABAMA CODE 1975    Rule 3.10.

Rule 3.10. Contents of search warrants; time of execution. The search warrant shall be directed to and served by a law enforcement officer, as defined by Rule 1.4(p). It shall command such officer to search, within a specified time not to exceed ten (10) days, the person or place named for the property specified and to bring an inventory of said property before the court issuing the warrant. The warrant shall designate the judge or magistrate to whom an inventory of the property specified shall be returned. The judge or magistrate shall endorse the warrant, showing the hour, date, and the name of the law enforcement officer to whom the warrant was delivered for execution, and a copy of such warrant and the endorsement thereon shall be admissible in evidence in the courts,

(a) Rule 3.11. Execution and return with inventory. RECEIPT. The law enforcement officer taking property under the search warrant shall give to the person from whom or from whose premises the property was taken or shall leave at the place from which the property was taken a copy of the search warrant endorsed with a copy of an inventory of the property taken.

(b) RETURN AND INVENTORY. The return shall be made promptly and shall be accompanied by a written inventory of any property taken. The inventory shall be made in the presence of the person from whose possession or premises the property was taken, if that person is present, and shall be verified by the law enforcement officer executing the search warrant. The judge or

Rules of Alabama supreme court.
ALABAMA CODE 1975.
VOLUME 23A

Rule 3.14. Return of papers to court.
The law enforcement officer executing the search warrant shall return the search warrant, along with any inventory of property zeied, to the issuing judge or magistrate specified in the search warrant, who shall forward the documents to the appropriate Clerk for retention. Unexecuted search warrants shall be returned in the same manner.

Rule. 3.3. Execution and return of arrest warrant
Rule. 3.4. Service of summons.
Rule 3.9. Issuance of search warrant.
Rule 3.10. Contents of search warrants; time of execution.
Rule. 3.11. Execution and return with inventory
Rule. 3.12. Authority to break and enter.
Rule. 3.13. Unlawfully seized property.
Rule 3.14. Return of papers to court.

UNITED STATES V. MARTIN
cite as 600 F. 2d 1175 (1979)
RE Billy Wallace VS. City of Dothan 497 So. 2d 96.

Jerry Moore VS Clyde Crocker 852 So. 2d 89, (2003)

(Pages, 10)

<u>certificate of service</u>

I hereby cerify that on the <u>9</u>th day of <u>6-9-2008.</u> I did serve a copy of the foregoin on by U.S. Mail, Postage prepaid, and properly addressed as follows,

Civ, case No 1:07 CV 388
28 U.S.C 2255
18 U.S.C! 922(g),(1),
case No 1:05 CR 32-A

cc  <u>Office of The cLERK</u>
United States Distict Court
P.O. Box 711
Montgomery, AL 36101-0711

(Date 6-9-2008)

Ralph Wilson Lingo Ais#190083
ADOC BULLOCK
Bullock correctional Facility
P.O. Box 5107
Union Springs, AL 36089-5107

Ralph Lingo   Date, 6-9-2008, Time, 11:15AM

(Page, 11)

Bullock Correctional Facility
P.O. Box 5107
Union Springs, AL 36089-5107



$ 00.59⁰
JUN 12 2008
MAILED FROM ZIP CODE 36089

Office of The Clerk
United States Distict Court
P.O. Box 711
Montgomery, AL
36101-0711

Legal Mail

36101+0711-11 2007