OFFICE of THE CLERK

In The District Court of The United States
For The Middle District of Alabama
Southern Division

RECEIVED
2008 JUN 23 A 10: 22
DEBRA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Ralph W. Lingo
  Petitioner,                    Civil Action No. 1:07-CV-0388
VS.
UNITED STATES of AMERICA,
  Respondent,

A motion to the court, by the Petitioner,
Jasking the Court(s) to make a Ruleing,
the Court(s) Is satting on this case,
this case envoled, a Foney Search Warrant,
envoled a Foney AffiDavit, to envole a property
Evidence Receipt Both of them had Been
rewritten and rechanged Fifteen Guns
envoled But only Three has Been turned In,
no Shot guns has Been turned In or rifles, or
$250,000.00 Dallors has not Been turned In,
this case Is coasting me a lot of mentel
Damage this case I have Been threaten
In Case No. 1:05Cr-32-A In my own
personal thinking Deleive that the Judge has
Been payed off. But I can not Prove It, I might Be
                (pages 1 of 2)

wrong But the court (s) Is not Being honest and Keeping me out of court and Being unfare To Ralph W. Lingo.

## Certificate of service

I hereby certify that on the 20 day of 6-20- 2008, I did serve a copy of the forego in on by U.S. Mail, postage prepaid, and properly addressed as follows:

CC: office of the clerk, United states District court, P.O. Box 711, Montgomery, AL 36101-0711

Ralph W. Lingo, Ais# 190083, K4-2A
Bullock correctional Facility
P.O. Box 5107
Union Springs, AL 36089-5107

Ralph Lingo, Date, 6-20-2008

(pages 2)

Ralph Wilson Lingo, Ais# 190083#K4-2A
A Doc Bullock
Bullock correctional Facility
P.O. Box 5107
Union springs, AL 36089-5107



MONTGOMERY AL 361
20 JUN 2008 PM 2 L

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
P.O. BOX 711
MONTGOMERY, ALABAMA
36101-0711