IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RALPH WILSON LINGO, #190083,  ) | |
| ) | |
| Petitioner,  ) | |
| ) | |
| vs.  ) | CIVIL ACTION NO. 1:07cv388-WHA |
| ) | (WO) |
| UNITED STATES OF AMERICA,  ) | |
| ) | |
| Respondent.  ) | |

**FINAL JUDGMENT**

In accordance with the order entered in this case on this day,

Final Judgment is entered in favor of the United States of America and against Ralph Wilson Lingo.

DONE this 24th day of June, 2008.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE