In The District Court of The United States
For The Middle District of Alabama
<u>Southern Division</u>

<u>Ralph Lingo</u>                 RECEIVED
                               )
Petitioner.                    )   2008 JUN 27 A 10:36
                               )
v.                             )   DEBRA P. HACKETT, CL<u>Civil Action No. 1:07cV388</u>
                               )   U.S. DISTRICT COURT
<u>UNITED STATES OF</u> MIDDLE DISTRICT ALA  <u>28 U.S.C § 2255</u>
<u>AMERICA</u>                    )   <u>CR No. 1:05CR 32-A</u>
Respondents.                   )
                               )

<u>I asked the court to bring me in</u>
<u>the court in front of the Judge for a special hearing.</u>

A motion to the court, by the Petitioner, _____
<u>and for two Attorneys to be there 1 Kevin</u>
<u>Buckler, and Richard Key these attorneys have</u>
<u>been on my case. If the court denies</u>

my hearing, I want to write to appeal to the 11
circut. So far the court has been dishonest. The
Judge in this case is being dishonest. The district
Attorney is being dishonest. The D.A And the Judge
are covering up wrong doing. Covering up 250,000
along with shotguns And Rifles, covering up grand
Auto theft. Giving false documents. Then had all
my legal work taken away by U.S. Marshall
The Judge in this case is doing favoritism
for Houston Co. Court. And Also the D.A. Also

(Pages 1 of 2)

## Certificate of Service

I hereby certify that on the _25_ day of _6-25_ 2008, I did serve a copy of the forego in on by U.S. mail. Postage prepaid, and properly addressed as follows:

~~cc: Honorable ___ King, Alabama Attorney General, Alabama State House, 11 South Union St., Montgomery, AL 36130-0152~~

~~Warden Kenneth Jones, Bullock Correctional Facility, P.O. Box 5107, Union Springs, AL 36089-5107~~

cc: Office of the Clerk, United States District Court, P.O. Box 711, Montgomery, AL 36101-0711

Civil Action No. 1:07 CV 388
28 U.S.C § 2255
CR NO, 1:05 CR 32-A

Ralph W. Lingo. AIS#190083=K4-2A
Bullock Correctional Facility
P.O. Box 5107
Union Springs, AL 36089-5107

Date _6-25-2008_  Name _Ralph Lingo_  AIS# _190083=K4-2A_

(Pages. 2)

Ralph W. Lingo, Ais#170083 - K4-2A
Aooc Bullock
Bullock Correctional Facility
P.O. Box 5107
Union springs, AL 36089-5107



Office of the Clerk,
United States District court,
P.O. Box 711
Montgomery, AL 36101-0711

Legal Mail        36101+0711-11 B007