In The District Court of The United States
For The Middle District of Alabama
Southern Division

RALPH WILSON LINGO, #190083 )
)
)
Petitioner. )
)
v. )  CIVIL ACTION NO. 1:07cv388
)  28 U.S.C. § 2255
UNITED STATES OF )
AMERICA, )
Respondents. )
)

RECEIVED
2008 JUN 27 A 10:34
DEBRA P. HACKETT, CL
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

A notice of appeal to

A motion to the court, by the Petitioner, _____
A notice of appeal to UNITED STATES COURT OF APPELS ELEVENTH CIRCUIT OFFICE OF The CLERK 56 FORSYTH STREET, N.W. ATLATA, GEORGIA 30303

I am BROKE please send me The Form For Being Broke,

Date, 6-25-2008

Ralph W Lingo
Ais# 190083=K4-2A

(Pages 1 of 2)

## Certificate of Service

I hereby certify that on the 25 day of 6-25- 2008, I did serve a copy of the forego in on by U.S. mail. Postage prepaid, and properly addressed as follows:



~~[struck through]~~

~~[struck through]~~

cc: Office of the Clerk, United States District Court, P.O. Box 711, Montgomery, AL 36101-0711

CC: UNITED STATES COURT OF APPEALS
ELEVENTH CIRCUIT OFFICE OF THE CLERK
56 FORSYTH STREET, N.W.
ATLANTA, GEORGIA 30303

CIVIL ACTION NO. 1:07CV 388
28 U.S.C § 2255

Ralph W Lingo # 190083-K4-2A
Bullock Correctional Facility
P.O. Box 5107
Union Springs, AL 36089-5107

Date 6-25-2008    Name Ralph Lingo    AIS# 190083-K4-2A

(Pages, 2)

Ralph W Lingo # 190083 = K4-2A
A Doc Bullock
Bullock Correctional Facility
P.O. Box 5107
Union springs, AL 36089-5107

MONTGOMERY AL 331
26 JUN 2008 PM 2 T

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
P.O. BOX 711
MONTGOMERY, ALABAMA
36101-0711

IN THE MAIL, LEgal Mail Box,
6-25-08



6-25-08