IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

RALPH LINGO, #190083,                    )
                                         )
                Petitioner,              )
                                         )
vs.                                      )     CIVIL ACTION NO. 1:07cv388-WHA
                                         )
UNITED STATES OF AMERICA,                )
                                         )
                Respondent.              )

**ORDER**

This case is before the court on a document (Doc. #67), filed in this case on June 27, 2008.[1]

This court issued its order (Doc. #64) adopting the Report and Recommendation of the Magistrate Judge and denying this 28 U.S.C. § 2255 petition on June 24, 2008, and entered Final Judgment against the Petitioner (Doc. #65) on the same date. Therefore, it is hereby

ORDERED that this document, which is construed as a motion for a special hearing, is DENIED.

DONE this 30th day of June, 2008.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] Although the document shows the case as Cr. No. 1:05cr32-A, this court has previously ordered (Doc. #130) that that case is closed and that no further motions may be filed in that case. Therefore, the motion has been filed, and is considered, only in the civil case.