In The District court of The United States
For The Middle District of Alabama
Southern Division

RECEIVED
2008 JUL -2 A 10:05
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Ralph W. Lingo,                CIVIL Action No. 1:07cv388
Petitioner,                    28 U.S.C.§ 2255
vs,
UNITED STATES OF AMERICA,
  Respondents,

   A motion to the Court, by the Petitioner,
I am asking the Apelle court to appint
me a appeal's Attorney because
I cannot read. And I have no
understanding to do on appeal,

   Certificate of service
I hereby certify that on the 30 day of 6-30-2008,
I did serve a copy of the forego in on by U.S. Mail,
Postage Prepaid, and Properly addressed as follows;
cc: office of the clerk, United states District court, P.O.
Box 711, Montgomery, AL 36101-0711,
            Ralph W. Lingo, Ais# 190083 - K4-2A
            Bullock correctional Facility
            P.O. Box 5107
         Union Springs, AL 36089-5107
Page   1        Ralph Lingo

Ralph Wilson LinGo ASH/90083=K9-2A
Adoc Bullock
Bullock Correctional Facility
P.O. Box 5107
Union Springs, AL 36089-5107

(Legal mail)

36101+0711

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
P.O. BOX 711
MONTGOMERY, ALABAMA
36101-0711



MONTGOMERY AL 361
01 JUL 2008 PM 1 T

(legal mail)

Date — 6-30-2008
in The mail Box
R.L

THIS CORRESPONDENCE IS FORWARDED FROM AN ALABAMA STATE PRISON. THE CONTENTS HAVE NOT BEEN EVALUATED AND THE ALABAMA DEPARTMENT OF CORRECTIONS IS NOT RESPONSIBLE FOR THE SUBSTANCE OR CONTENT OF THE ENCLOSED COMMUNICATION.