Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY AL 36104-4055

July 29, 2008

**Appeal Number: 08-13715-B**
Case Style: Ralph Wilson Lingo v. USA
District Court Number: 07-00388 CV-S

TO:   Ralph Wilson Lingo (190083)

CC:   Debra P. Hackett

CC:   Karl David Cooke, Jr.

CC:   Kent B. Brunson

CC:   Matthew Miner

CC:   Leura Garrett Canary

CC:   Administrative File

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

July 29, 2008

Ralph Wilson Lingo (190083)
Bullock CF
PO BOX 5107
UNION SPRINGS AL 36089-5107

**Appeal Number: 08-13715-B**
Case Style: Ralph Wilson Lingo v. USA
District Court Number: 07-00388 CV-S
SECONDARY CASE NO: 05-00032-CR-WHA

We have received a copy of the order of the district court declining to issue a certificate of appealability and denying leave to proceed on appeal in forma pauperis.

Pursuant to Fed.R.App.P. 22(b) and 24(a), you may within thirty (30) days from this date either pay **to the DISTRICT COURT clerk** the $450 docket fee plus $5 filing fee (total $455) or you may move in this court for leave to proceed on appeal as a pauper (form enclosed). See 11th Cir. R. 24-2. A motion for a certificate of appealability should be filed in this court within the same time period. The notice of appeal will be treated as a request for a certificate of appealability unless appellant files such a request within thirty (30)days from the date of this letter.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Carolyn Magers (404) 335-6181

* Please note that all transcripts have been filed in your criminal case & no hearings were held in the civil case. You may contact the District Court for instructions as to how to request / receive copies from them.

Encl.

HAB-5 (07-2007)